# EXHIBIT 3



WilsonCousinsAd_2c   5/29/02   3:36 PM   Page 1





Quality Products combined with Quality People and Service makes Wilson and Cousins your first choose in Fire Protection Products.

All Wilson and Cousins product where required are listed and approved by U.L.C., UL, and FM. Our on going commitment to quality in design and manufacturing ensures the finest quality products available.

Starring

| IE100 Red Rack | 1 1/2" x 100' Wilco 500 Rack Hose | Brass Coupling | IE25-R 1 1/2" Standard Angle Valve | Rack Nipple | and | HNL20GT Brass Nozzle |

The Rack Pack comes assembled with UL ULC/FM approved swinging hose rack, UL ULC/FM rack hose and approved nozzle. Other variations available.



WILSON & COUSINS

Call us Toll Free 1-800-270-6792
Visit Us Online www.wilsonandcousins.com

Quality North American Manufacturer Since 1881

  



| HOME | WHAT'S NEW | COMPANY INFO | PRODUCT CATALOG | SPEC SHEETS | CONTACT INFO |

**January 13, 2003 - New Wilson and Cousins Ads**





HOME | WHAT'S NEW | COMPANY INFO | PRODUCT CATALOGUE | CONTACT INFO

**ALL INFORMATION © 2002 WILSON & COUSINS INC.**
4390 PALETTA COURT, BURLINGTON, ONTARIO, CANADA L7L 5R2
TEL : (905) 631 5815 | TOLL FREE : 1 800 270 6792 | FAX : (905) 637 8655