# EXHIBIT 4

# Introduction

UL's Online Certifications Directory (OCD) includes the names of companies authorized to use the UL Mark on or in connection with products that have been investigated by UL and found to be in compliance with UL's requirements. These companies, as well as the manufacturers and submitters of the products, have entered into an Agreement with UL to use the UL Mark only on or in connection with products manufactured in compliance with UL's requirements. It should be noted that UL certified products of different makes or model designations are not necessarily equivalent in quality or performance.

The appearance of catalog or model numbers or other specific product designations on the OCD signifies that: (1) representative samples of these products have been submitted to UL and found to comply with the applicable requirements, and that (2) the manufacturer has been authorized to use the appropriate UL Mark on production that continues to comply with UL's requirements and is subject to UL's Follow-Up Service. Since manufacturers are not obligated to apply the UL Mark on all of their production, products that do not bear the UL Mark are not required by UL to comply with UL's requirements. Accordingly, the appearance of a company's name or a specific product designation on the OCD does not in itself ensure that products so specified or identified are subject to UL's Follow-Up Service. The manufacturer's products are not subject to UL's Follow-Up Service unless they bear the UL Mark. **Only those products bearing the appropriate UL Mark and the company's name, trade name, trademark or other authorized identification should be considered as being covered by UL's Listing or Classification and Follow-Up Service. The UL Mark provides evidence of listing or labeling, which may be required by installation codes or standards.**

Many of the products bearing the UL Mark incorporate components that bear the UL Recognized Component Mark ⓤ . The Recognized Component Mark is applicable to components that are incomplete in construction features or limited in performance capabilities. **The Recognized Component Mark does not provide evidence of listing or labeling which may be required by installation codes or standards.**

### Installation and Use of Products Bearing the UL Mark

*Authorities Having Jurisdiction should be consulted as to the particular requirements covering the installation and use of UL Listed or Classified products, equipment, systems, devices and materials.*

### Use of the Online Certifications Directory (OCD)

The OCD includes the following:
- General Guide Information for each product category that includes references to the requirements used for the investigation of the products and the UL Mark to be used on the product;
- Information relating to limitations or special conditions applying to the product;
- Names of companies that are authorized to provide products bearing the UL Mark.

The companies whose names appear on the OCD may not be the manufacturer of the product, but are qualified to provide products that bear the UL Mark.

The four-letter code (shown in parentheses) following each category title is the product category guide designation.

Under individual product categories, each company is assigned an alphanumeric file number (starting with letters such as AU, BP, E, EX, MH, MP, MQ, R, S or SA). This number may not be required to be marked on the product. The file number can be used to identify a particular company and the associated product category.

UL's General Guide Information for each product category provides important information regarding the scope and limitation of UL's certification of the product and a general description of the UL Marks authorized for products in that category.

This information may include the identification of published standards that have been used to investigate products in that category. There may not be a published standard against which a product can be tested and evaluated to determine its acceptability for the UL Mark. If no applicable standard is available, UL will

exercise its judgment in the selection of applicable requirements from standards and other sources and will develop requirements to cover uses and conditions for which specific requirements did not previously exist.

The scope of each UL Standard for Safety and Outline of Investigation can be accessed at http://ulstandardsinfonet.ul.com .

## Look for the UL Mark
## Identification of UL Listed and Classified Products

The symbol (UL) and the name "Underwriters Laboratories Inc." in various forms and abbreviations are registered with the U.S. Patent and Trademark Office, and in numerous other countries. Subject to the terms of UL's Follow-Up Service Agreement, companies are permitted to use the symbol (UL) or other specified forms of UL's name as part of the UL Mark on products that are Listed or Classified and that comply with UL's requirements.

The product name as indicated in the General Guide Information for each product category is generally included as part of the UL Mark, but may be omitted when, in UL's opinion, the use of the name is unnecessary and the UL Mark is directly and permanently applied to the product by stamping, molding, ink-stamping, silk screening or similar processes.

A separable UL Mark (not part of a nameplate and in the form of decals, stickers or labels) will always include the following four elements: UL's symbol (UL) , the word "LISTED" or "CLASSIFIED," the product or category name, and a control number assigned by UL.

The complete UL Mark will appear on the product unless otherwise indicated in the General Guide Information for a specific product category.

When a UL Listed product is of such a size, shape, material or surface texture that, in UL's opinion, it is impossible to apply legibly the complete marking to the product, the complete UL Listing Mark will appear on the smallest unit container in which the product is packaged. In these cases UL may authorize the use of the UL symbol (UL) on the product in addition to the complete UL Mark on the package.

When a UL Classified product is of such a size, shape, material or surface texture that, in UL's opinion, it is impossible to apply legibly the complete marking to the product, the complete UL Classification Mark will appear on the smallest unit container in which the product is packaged. In these cases there shall be no reference to UL on the product.

Refer to the General Guide Information for each product category for additional information on the specific UL Mark for the products in the category.

## Identification of UL Listed Products

The UL Listing Mark generally includes the UL symbol or it may include other registered forms as authorized by UL. The UL Listing Mark includes: (1) the UL symbol shown below; (2) the word "LISTED" ; (3) the product identity; and (4) a control number assigned by UL.



## Identification of UL Listed Gas-Fired Products

The UL Listing Mark for gas-fired products certified to UL Standards includes: (1) the UL symbol with the words "GAS-FIRED" above the UL symbol as shown below; (2) the word "LISTED" below the UL symbol; (3) the product identity; and (4) a control number assigned by UL.



The UL Listing Mark for gas-fired products certified to ANSI Z21 or Z83 Series Standards includes: (1) the UL symbol with the words "GAS-FIRED" above the UL symbol as shown below; (2) the word " LISTED" below the UL symbol; (3) the ANSI/CSA or ANSI/CGA Standard designation; and (4) a control number assigned by UL.


 [identification of standard]

### Identification of UL Listed Environmental and Public Health (EPH) Products

The UL Listing Mark for Environmental and Public Health (EPH) products certified to UL Standards includes: (1) the UL symbol with the letters EPH inside a triangular background as shown below; (2) the word "LISTED" below the UL symbol; (3) the product identity; and (4) a control number assigned by UL.



The UL Listing Mark for Environmental and Public Health (EPH) products certified to standards of other organizations for foreseeable hazards includes: (1) the UL symbol with the letters EPH inside a triangular background as shown below; (2) the word "LISTED" below the UL symbol; (3) the product identity; (4) the standard designation; and (5) a control number assigned by UL.



### Identification of UL Classified Products

The UL Classification Mark may appear in various forms as authorized by UL. The UL Classification Mark includes: (1) the UL symbol; (2) the word "CLASSIFIED" above the UL symbol; (3) the product identity; (4) a control number assigned by UL; and (5) indication of the extent of UL's evaluation of the product, e.g. "AS TO [nature of hazard] ONLY" ; rating or classification as specified in the General Guide Information pertaining to the product category; "IN ACCORDANCE WITH [designation and title of standard published by other organization]" ; or "FOR USE WITH [identification of specified product]." A typical Classification Mark is shown below:



AS TO [nature of hazard] ONLY
or
IN ACCORDANCE WITH
[identification of standard]

### Identification of UL Classified Environmental and Public Health (EPH) Products

The UL Classification Mark for Environmental and Public Health (EPH) products certified to standards of other organizations for EPH evaluations only includes: (1) the UL symbol with the letters EPH inside a triangular background, as shown below; (2) the word "CLASSIFIED" above the UL symbol; (3) the product identity; (4) the standard designation; and (5) a control number assigned by UL.



[identification of standard]

Additional information regarding the UL Marks for Environmental and Public Health (EPH) can be found online at www.ul.com/eph .

### Identification of UL Listed Products that are Also Classified in Accordance with International or Regional Standards

The UL Listing Mark and Classification Mark shown above can be combined for products that not only meet the applicable UL requirements but also comply with the requirements of the applicable international or regional standards. For these products the combination UL Listing and Classification Mark is shown below:



ALSO CLASSIFIED
IN ACCORDANCE WITH
[identification of standard]

### Identification of Products Classified in Accordance with International or Regional Standards Only

UL provides a service for the Classification of products that have been determined to comply with the appropriate requirements of the applicable international or regional standards only. For these products, the Classification Mark may appear in various forms as authorized by UL. A typical form which may be authorized is shown below. When the complete Classification Mark cannot be applied to the product, no reference to "Underwriters Laboratories Inc." on the product is permitted.



[product identity]
IN ACCORDANCE WITH
[identification of standard]

| IMPORTANT INFORMATION FOR USERS OF THIS DIRECTORY | ix |
|---|---|

**Products Listed by Report**

Certain products are Listed under a special service designated as "Listed by Report." These are usually products or constructions for which there are no generally recognized installation requirements. The description of this type of product or construction and information concerning proper field assembly and/or installation are contained in a Report identified by the reference and date shown by the Listing. Products Listed by Report are eligible to bear a UL Mark, which includes a reference to the Report number and date. Copies of the Report may be obtained upon application to the company whose product is Listed.

**Specifying UL Listed and Classified Products**

Specifying UL Listed and Classified products up front is one of the best methods used by designers, consultants, insurers and others to help gain jurisdictional acceptance. A typical specification reads: "The [product] must bear the UL Mark." Or, if the specification cannot be that precise, an alternate wording would read: " The [product] must meet the requirements of Underwriters Laboratories Inc.® The UL Mark on the product will be accepted as evidence of compliance."

Products, equipment and materials evaluated by UL in accordance with international or regional standards only are intended for installation and use where the specified standards have been adopted.

# Introduction

The Online Certifications Directory (OCD) includes the names of companies authorized to use the UL Mark for Canada on or in connection with products which have been evaluated by UL and found to be in compliance with the appropriate Canadian standards or other recognized documents.. These companies, as well as the manufacturers and submitters of the products, have entered into an Agreement with UL to use the UL Mark for Canada only on or in connection with products manufactured in compliance with the appropriate Canadian requiremetns. It should be noted that UL certified products of different makes or model designations are not necessarily equivalent in quality or performance.

The appearance of catalog or model numbers or other specific product designations on the OCD signifies that: (1) representative samples of these products have been submitted to UL and found to comply with the applicable requirements, and that (2) the manufacturer has been authorized to use the appropriate UL Mark for Canada on production that continues to comply with Canadian requirements and is subject to UL's Follow-Up Service. Since manufacturers are not obligated to apply the UL Mark for Canada on all of their production, products which do not bear the UL Mark for Canada are not required by UL to comply with UL's requirements. Accordingly, the appearance of a company's name or a specific product designation on the OCD does not in itself assure that products so specified or identified are subject to UL's Follow-Up Service. The manufacturer's products are not subject to UL's Follow-Up Service unless they bear the UL Mark for Canada. **Only those products bearing the appropriate UL Mark for Canada and the company's name, trade name, trademark or other authorized identification should be considered as being covered by UL's Listing or Classification and Follow-Up Service. The UL Mark for Canada provides evidence of listing or labeling which may be required by installation codes or standards.**

Many of the products bearing the UL Mark for Canada incorporate components that bear the UL Recognized Component Mark for Canada ᴿᵁ . The Recognized Component Mark for Canada is applicable to components that are incomplete in construction features or limited in performance capabilities. The Recognized Component Mark for Canada does not provide evidence of listing or labeling which may be required by installation codes or standards.

### Installation and Use of Products Bearing the UL Mark for Canada

*Authorities Having Jurisdiction should be consulted in all cases as to the particular requirements covering the installation and use of C-UL Listed or Classified products, equipment, systems, devices and materials.*

### Products Certified by UL in Accordance with Canadian Requirements

UL is accredited by the Standards Council of Canada (SCC) as both a Certification Organization (CO) and a Testing Organization (TO). With its SCC accreditations, UL certifies products with the UL Mark for Canada for the Canadian marketplace in accordance with Canadian standards and codes. UL's CO accreditation for Canada encompasses all UL global testing facilities, services, product categories and programs.

### Use of the Online Certifications Directory (OCD)

The OCD includes the following:
- General Guide Information for each product category that includes references to the requirements used for the investigation of the products and the UL Mark for Canada to be used on the product;
- Information relating to limitations or special conditions applying to the product;
- Names of companies which are authorized to provide products bearing the UL Mark for Canada.

The companies whose names appear on the OCD may not be the manufacturer of the product, but are qualified to provide products that bear the UL Mark for Canada.

The four-letter code (shown in parenthesis) following each category title is the product category guide designation.

Under individual product categories, each company is assigned an alphanumeric file number (starting with letters such as AU, BP, E, EX, MH, MP, MQ, R, S or SA). This number may not be required to be marked on the product. The file number can be used to identify a particular company and the associated product category.

UL's General Guide Information for each product category provides important information regarding the scope and limitation of UL's certification of the product and a general description of the UL Marks for Canada authorized for products in that category.

This information may include the identification of published standards that have been used to investigate products in that category. There may not be a published standard against which a product can be tested and evaluated to determine its acceptability for the UL Mark for Canada.

The scope of each UL Standard for Safety and Outline of Investigation can be accessed at http://ulstandardsinfonet.ul.com.

## Look for the UL Mark for Canada
## Identification of Products Certified to Canadian Requirements

The symbol ⓊⓁ is registered in Canada. Subject to the terms of UL's Follow-Up Service Agreement, companies are permitted to use the ⓊⓁ symbol on products which are Listed or Classified for Canada and which comply with applicable Canadian requirements.

UL provides a service for the Listing or Classification of products that have been determined to meet the appropriate Canadian requirements. For those products which comply with the Canadian requirements, the UL Mark for Canada may be applied to products.

The product name as indicated in this Directory under each of the product categories is generally included as part of the UL Mark for Canada text, but may be omitted when, in UL's opinion, the use of the name is unnecessary and the UL Mark for Canada is directly and permanently applied to the product by stamping, molding, ink-stamping, silk screening or similar processes.

A separable UL Mark for Canada (not part of a nameplate and in the form of decals, stickers or labels) will always include the following four elements: UL's symbol ⓊⓁ , the word "LISTED" or "CLASSIFIED," the product or category name, and a control number assigned by UL.

The complete UL Mark for Canada will appear on the product unless otherwise indicated in the General Guide Information for a specific product category.

When a UL Listed product is of such a size, shape, material or surface texture that, in UL's opinion, it is impossible to apply legibly the complete marking to the product, the complete UL Listing Mark for Canada will appear on the smallest unit container in which the product is packaged. In these cases UL may authorize the use of the UL symbol ⓊⓁ on the product in addition to the complete UL Mark for Canada on the package.

When a UL Classified product is of such a size, shape, material or surface texture that, in UL's opinion, it is impossible to apply legibly the complete marking to the product, the complete UL Classification Mark for Canada will appear on the smallest unit container in which the product is packaged. In these cases there shall be no reference to UL on the product.

Refer to the General Guide Information at the beginning of each product category for additional information on the specific UL Mark for Canada for the products in the category.

## Identification of C-UL Listed Products



"LISTED"
(Product Identity)
(Control Number)



"LISTED"
(Product Identity)
(Control Number)

### Identification of C-UL Listed Gas-Fired Products

The UL Listing Mark for Canada for gas-fired products certified to Canadian national standards includes: (1) the UL symbol with the words "GAS-FIRED" above the UL symbol as shown below; (2) the word "LISTED" below the UL symbol; (3) the appropriate Canadian national standard used to evaluate the product (i.e., CSA, CGA, CAN); and (4) a control number assigned by UL.





### Identification of C-UL Classified Products



(PRODUCT IDENTITY)
(SURFACE BURNING
CHARACTERISTICS)
(Control Number)



(PRODUCT IDENTITY)
(SURFACE BURNING
CHARACTERISTICS)
(Control Number)

### Identification of Products Certified for Both Canada and the U.S.

For those products which comply with the requirements for both Canada and the U.S., the UL Mark may appear on the product in addition to, or in combination with the UL Mark for Canada.

The combination of the UL Mark for U.S. and the UL Mark for Canada may appear as authorized by UL.

### Identification of Recognized Components Certified According to Canadian Requirements or Canadian and U.S. Requirements

UL provides a service for the evaluation of components that have been determined to meet the appropriate Canadian requirements. For those components which comply with the Canadian component requirements, the Recognized Marking consists of the Recognized Component Mark illustrated below, identification name and catalog number, model number or other product designation as specified under "Marking" for the particular certified component. For those components which comply with both the component requirements of the U.S. and the Canadian component requirements, the UL Recognized Component Marking may appear on the component in addition to, or in combination with the Recognized Component Marking for Canada. Or the combined Canada/U.S. Recognized Component Mark may appear on the component, indicating compliance with the requirements of both Canada and the U.S.

As a supplementary means of identifying components that have been produced under UL's Component Recognition and Follow-Up Service, the Recognized Component Mark for Canada, illustrated below may, at the manufacturer's option, be used in conjunction with the required Recognized Markings. UL's Recognized Component Mark for Canada is registered in Canada. When used, the Recognized Component Mark must be in proximity to the Recognized company identification/name and catalog number, model number, or other applicable product designation.

The Recognized Component Mark for Canada is required when specified in the General Guide Information preceding the recognitions or under "Marking" for individual recognitions.
UL Recognized Component Mark for Canada
UL Recognized Component Mark for Canada and the United States

IMPORTANT INFORMATION FOR USERS OF THIS DIRECTORY vii



Only those products which bear the Recognized Component Marking are to be considered as being covered under UL's Recognition and Follow-Up Service.

**Specifying UL Certified Products for Canada**

Specifying UL certified products for Canada up front is one of the best methods used by designers, consultants, insurers and others to help gain jurisdictional acceptance in Canada. A typical specification reads: "The (product) must bear the UL Mark for Canada." Or, if the specification cannot be that specific, an alternate wording would read: "The (product) must meet the Canadian requirements. UL's Mark for Canada on the product will be accepted as evidence of compliance."