# EXHIBIT 5

**Underwriters' Laboratories of Canada**

Corporate Headquarters
7 Underwriters Road
Toronto, ON M1R 3B4
Canada
www.ulc.ca
tel: 1 416 757 3611
fax: 1 416 757 8915

An affiliate of Underwriters Laboratories Inc.

```
File  EX6935              Vol  1               Issued:  2005-04-26
                                                Revised:
```

FOLLOW-UP SERVICE PROCEDURE
(TYPE R)

CHECK VALVES
(HMER)
*****************************
Complementary Product Category
VALVES, CHECK (SWING)
(HMERC)

Manufacturer:      WILSON & COUSINS, DIV OF
(636020-001)       PALAMAR INDUSTRIES
                   4390 PALETTA CT
                   BURLINGTON
                   ON   L7L 5R2          CANADA

Applicant:         SAME AS MANUFACTURER
(636020-001)

Listee:            SAME AS MANUFACTURER
(636020-001)

This Procedure authorizes the application of ULC labels at the point of inspection to products when constructed, tested and found to be in compliance with requirements of this Procedure and in accordance with the terms of the Listing Agreement.

It is the responsibility of the Listee to make sure that only products meeting the aforementioned requirements bear the labels of Underwriters' Laboratories of Canada. Proposed changes or additions are required to be submitted to the Engineering Department of Underwriters' Laboratories of Canada for review. If the changes or additions are judged to be acceptable, the Procedure will be revised to authorize the use of ULC labels on such product.

The Procedure contains confidential information for the guidance of the Listee and Manufacturer and the Representatives of Underwriters' Laboratories of Canada and is not to be used for any other purpose. It is loaned with the understanding that it is not to be copied either wholly or in part and that it will be returned to Underwriters' Laboratories of Canada upon request.

This PROCEDURE, together with any subsequent revisions, is the property of UNDERWRITERS' LABORATORIES OF CANADA and is not transferable.

UNDERWRITERS' LABORATORIES OF CANADA



Martin Oughton
President & General Manager

An independent organization working for a safer world with integrity, precision and knowledge.

File EX6935      Vol. 1          HMERC        Page 1     Issued: 07/03

ULC Listing Mark Data Page

(FILE IMMEDIATELY AFTER AUTHORIZATION PAGE)

LISTING MARK

The Listing Mark consists of four elements placed in close proximity and shall appear on Listed products only. Minimum size is not specified, as long as the Listing Mark is legible. The following is suggested.



XXXX = The control number assigned by ULC, 27GH.

The product identity is: "VALVES, CHECK SWING" or appropriate product identities, as shown in the individual Listing.

The product identity may be omitted if the Mark is directly and permanently applied to the product by stamping, molding, ink-stamping, silk screening or similar process. The product identity may appear elsewhere on the product if the other three elements are part of the nameplate, which includes the rating or the catalog or model designation.

Separable Listing Mark (not part of a nameplate and in the form of decals, stickers or labels) will always include the four elements.

The manufacturer may reproduce the Mark or obtain it from a UL authorized supplier.

File EX6935    Vol. 1    HMER    Page 1    Issued: 1/2/98
Listing Mark Data Page (LMDP)

(FILE IMMEDIATELY AFTER AUTHORIZATION PAGE)

LISTING MARK

The Listing Mark consists of four elements placed in close proximity and shall appear on Listed products only. Minimum size is not specified, as long as the Listing Mark is legible. The following is suggested.



XXXX = The control number assigned by UL, 27GH.

The minimum height of the registered trademark symbol ® shall be 3/64 of an inch. When the overall diameter of the UL Mark is less than 3/8 of an inch, the trademark symbol may be omitted if it is not legible to the naked eye.

The product identity is: "CHECK VALVE" or "DETECTOR CHECK VALVE".

The product identity may be omitted if the Mark is directly and permanently applied to the product by stamping, molding, ink-stamping, silk screening or similar process. The product identity may appear elsewhere on the product if the other three elements are part of the nameplate which includes the rating or the catalog or model designation.

Separable Listing Mark (not part of a nameplate and in the form of decals, stickers or labels) will always include the four elements.

The complete four element Listing Mark will appear on the smallest unit container in which the product is packaged when the product is of such a size that only the UL Symbol can be applied to the product or when the product size, shape, material or surface texture makes it impossible to apply legible marking to the product.

The manufacturer may reproduce the Mark or obtain it from a UL authorized supplier.

THIS PAGE IS TO BE REVISED BY FUS DEPARTMENT ONLY