# EXHIBIT 6

Wilson & Cousins Check Valve

