# EXHIBIT 7




CALL 800-HII-GLUE
FAX 800-HOT-GLUE

ABOUT US | PRODUCT LINES | FEATURED PRODUCTS | LITERATURE REQUEST | REP FINDER | MSDS | SPEC SHEETS | CONTACT US

EXISTING CUSTOMERS ORDER ONLINE



ABOUT US

**Products & Services Philosophy**

Our mission is to provide every Christy's customer with the highest level of quality, value and PRODUCT & SERVICE EXCELLENCE! To be a fair and responsible partner to the manufacturers we have the honor of representing, carrying out the goals and objectives of their respective organizations, while maximizing our value to our most important assets, our employees and customers.

Founded in 1976, by Tom Christy, a plastics industry pioneer, T. Christy Enterprises, Inc. is a leading provider of products to the irrigation, waterworks, light industrial, plumbing and retail markets. We operate as independent sales representatives, manufacturers and master distributors of a variety of products and product lines. Our goal continues to be a "One-Stop Shop" for the wholesaler/distributor.

### What's New
We now have two full-time product demonstration trailers in use in California, covering distributor open houses, trade shows and contractor & engineering demonstrations. The trailers contain all types of samples and literature for our represented product lines.

### Our Products
Christy's™ flagship product - Red Hot Blue Glue®, is chemically the finest PVC solvent cement available. Christy's™ branded product offering includes a complete line of solvent cements, thread sealants and specialty chemicals, Christy-Pro™ Handtools & Accessories; Christy's™ Marking & Identification Products - including products to mark all components of a reclaimed/recycled water system; Christy's™ Waterworks Products and Polysleeving, Christy's™ Fencing Solvents and Christy's™ Geo-sieve™ - drain sleeving and fabric.

### Our Team
T. Christy Enterprises is a leading independent



Irrigation Association
www.irrigation.org
Plumbing-Heating-Cooling Contractors Association

sales/warehousing representative in California, Arizona, Nevada and Hawaii. Our outside sales force consists of 15 sales professionals with combined experience of more than 200 years! Our sales force includes distribution, specification and contractor pull-through specialists. Each sales professional is a responsible industry partner, participating in local and regional associations, trade shows and training seminars. We routinely contribute to scholarship and industry improvement funds to support our manufacturers and our mutual causes.

| | |
|---|---|
| www.phccweb.org | American Water Works Association |
| www.awwa.org | Association of Industry Manufacturers Representatives |
| www.aimr.net | California Landscape Contractors Association |
| www.clca.org | |

Our sales professionals are supported by distribution centers in Anaheim and Sacramento, California. Our Anaheim facility is located on 4 acres and is staffed by 8 inside sales/customer service professionals. Our Sacramento facility is staffed by 5 inside sales/customer service professionals. Our sales, customer service and warehousing efforts are supported by topnotch technology. We use the Eclipse distribution package, allowing many of our customers a direct link to our inventories and their specific account information. We offer toll free phone & fax support to both Anaheim & Sacramento.

| Anaheim | Sacramento |
|---|---|
| • Phone ..... 800-BLU-GLUE | • Phone ..... 888-BLU-GLUE |
| • Fax ......... 800-HOT-GLUE | • Fax ......... 888-HOT-GLUE |

T. Christy Enterprises, Inc.
655 E. Ball Rd. • Anaheim, CA 92805
Tel: 714-507-3300 • Fax: 714-507-3310