UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILSON & COUSINS DIVISION OF
PALAMAR INDUSTRIES, INC.,

    Plaintiff,

    v.

T. CHRISTY ENTERPRISES, INC.,

    Defendant.
_____/

No. C 08-0098 PJH

**ORDER SETTING HEARING ON TEMPORARY RESTRAINING ORDER**

Before the court is plaintiff's motion for temporary restraining order and order to show cause why a preliminary injunction should not issue. Plaintiff seeks an order temporarily restraining defendant from selling, distributing, displaying, or depicting any check valve or hose nozzle products that allegedly feature unauthorized trademarks or logos belonging to plaintiff.

Having reviewed the papers, the court hereby schedules a hearing on plaintiff's motion for temporary restraining order on **January 23**, **2008**, at 9:00 a.m., in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. Defendant's opposition, if any, shall be filed no later than Monday, January 14, 2008.

The court furthermore notes that, although plaintiff has provided informal notice to defendant of the instant action and motion, plaintiff does not appear to have effected formal service of the summons and complaint. Accordingly, plaintiff is furthermore ORDERED to serve (1) the summons and complaint, (2) the instant motion papers, and (3) this order upon defendant by the close of business day today. No hearing on plaintiffs' motion for temporary restraining order shall take place until defendant has been properly served and

1  given an opportunity to be heard on the instant matter.

3  **IT IS SO ORDERED.**

4  Dated: January 7, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge

2