DANIEL S. MASON (No. 54046)
CHRISTOPHER T. MICHELETTI (No. 136446)
ERIC W. BUETZOW (No. 253803)
ZELLE, HOFMANN, VOELBEL MASON & GETTE, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
E-mail: dmason@zelle.com
E-mail: cmicheletti@zelle.com
E-mail: ebuetzow@zelle.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

WILSON & COUSINS DIVISION OF PALAMAR INDUSTRIES, INC.,

    Plaintiff,

v.

T. CHRISTY ENTERPRISES, INC.,

    Defendant.

Case No: CV 08 0098 PJH

**PLAINTIFF WILSON & COUSIN'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**

Date: As Soon As Court May Hear Matter
Time: As Soon As Court May Hear Matter

    Pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, Plaintiff Wilson & Cousins Division of Palamar Industries, Inc. (Wilson & Cousins) hereby applies for a temporary restraining order (TRO) enjoining Defendant T. Christy Enterprises (Christy) from:

    1.    Selling or distributing any check valve or hose nozzle products not manufactured by Wilson & Cousins that feature the Wilson and Cousins UL or ULC Listing Mark, the unique Wilson & Cousins Listing Mark Control number (*i.e.*, 27GH), or a confusingly similar combination of approval marks, designations, and other indicators used by Wilson & Cousins; and

PLAINTIFF WILSON & COUSIN'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

2. Displaying or depicting Plaintiff's Wilson & Cousins' trademarks or trade dress in its catalogs, on its website, or in any advertising or promotional materials in order to sell or distribute products not manufactured by Wilson & Cousins.

Plaintiff Wilson & Cousins also hereby applies for an order to show cause why a preliminary injunction should not be issued enjoining Defendant Christy from committing or performing the above described acts during the pendency of this action.

## GROUNDS FOR RELIEF

Wilson & Cousins is a fire protection equipment manufacturer. Christy is a distributor of waterworks equipment, including fire protection equipment. Christy currently depicts Wilson & Cousins' products and trademarks in its on-line catalogs, and does so without Wilson and Cousins' authorization. Moreover, when that product is ordered, Christy does not ship Wilson & Cousins product; rather, it ships a "knock-off" product which closely mimics the design of Wilson & Cousins' product, and does so in an effort to pass them off as such. In light of the foregoing, it is essential that the Court issue the requested temporary restraining order and order to show cause to prevent immediate and irreparable injury because:

1. Plaintiff Wilson & Cousins would suffer immediate, irreparable loss and damage before the Court can hear and decide a motion for a preliminary injunction. In particular, as shown in paragraphs 23 and 24 of the supporting Declaration of Jeffrey Saunders, Defendant's use of Wilson & Cousins' trademark and trade dress to sell knock-off products will cause immediate, irreparable injury to Wilson & Cousin's business reputation and goodwill, which has been earned and developed after more than 125 years of experience in the manufacturing industry. If the knock-off products are of inferior quality, or should they fail to meet certain specifications, they may fail to function properly to prevent or mitigate fire damage and the harm to persons or loss of life. In addition, Wilson & Cousins may face claims of liability as those who purchased such products under the belief that they were purchasing a Wilson & Cousins product may bring suit or otherwise seek to impose liability upon Wilson & Cousins for perceived product failure. Such occurrences and claims will undoubtedly irreparably harm Wilson & Cousins business reputation.

2.   The potential injury to Defendant by the temporary restraining order sought could not possibly counterbalance the irreparable injury to Plaintiff if Defendant's conduct is not restrained. As demonstrated in the supporting Memorandum of Points and Authorities and Declaration of Jeffrey Saunders, Defendant lacks the legal right to sell products that deliberately infringe on Plaintiff's trademarks and trade dress. Defendant further lacks the legal right to use Plaintiff's marks in advertising material or catalogs to sell knock-off products. The only potential injury Defendant faces is the loss of profits that it would otherwise continue to illegally reap from selling knock-off Wilson & Cousins products. Furthermore, the products at issue here only represent a few among the hundreds of products that Defendant sells through its catalogs. Thus, it is not the case that Defendant's business would be shut down if it were prevented from continuing to sell and market knock-off Wilson & Cousins products.

## NOTICE OF REQUEST FOR TRO

As shown in the attached Certificate of Counsel, reasonable efforts have been made to notify Defendant of this motion. On Monday, January 7, 2008, Plaintiff's counsel, not aware that any attorney represents Defendant T. Christy Enterprises at this stage of the proceedings, sent email messages addressed to Jonathan Christy, the person known to be agent for service of process of Defendant T. Christy Enterprises, and Tom Christy, the founder and apparent principal at the company, at the address info@tchristy.com. In this message, counsel informed him that Plaintiff's counsel would be appearing in this court at this time to seek this temporary restraining order. Counsel also attached to these emails all of the papers filed in this action, causing a copy of the papers to be electronically delivered to Messrs. Christy and Christy. A copy of these email messages is provided for the Court as Exhibit 1 to the attached Certificate of Counsel and is authenticated therein.

## SUPPORTING MATERIAL

This application is based on this document, on the submitted Memorandum of Points and Authorities, the Certificate of Counsel, the supporting Declaration of Jeffery Saunders, the Complaint, all other papers filed in this action, and on whatever argument and evidence that may be presented at the hearing of this application.

Dated: January 7, 2008                                     Respectfully submitted,

By: /s/ Christopher T. Micheletti

DANIEL S. MASON (No. 54046)
CHRISTOPHER T. MICHELETTI (No. 136446)
ERIC W. BUETZOW (No. 253803)
ZELLE, HOFMANN, VOELBEL,
 MASON & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:    (415) 693-0700
Facsimile:    (415) 693-0770
E-mail: dmason@zelle.com
E-mail: cmicheletti@zelle.com
E-mail: ebuetzow@zelle.com
Attorneys for Plaintiff

-4-

PLAINTIFF WILSON & COUSIN'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION