# EXHIBIT 3

WilsonAndCousinsAd   9/5/02   9:47 AM   Page 1



# PRODUCTS THAT PERFORM UNDER
# PRESSURE

## QUALITY NORTH AMERICAN MANUFACTURER SINCE 1881

With over 120 years of experience in Fire Protection, we have the knowledge to service all of your needs.

All Wilson & Cousins products where required, are listed and approved by U.L.C., U.L. and F.M.  Our ongoing commitment to quality in design and manufacturing ensures the finest quality products available.

## WILSON & COUSINS
### QUALITY PRODUCTS SINCE 1881

Call us Toll Free
**1-800-270-6792**

Or visit us online @
**www.wilsonandcousins.com**

WilsonCousinsAd_2c  5/29/02  3:36 PM  Page 1







HOME    WHAT'S NEW    COMPANY INFO    PRODUCT CATALOG    SPEC SHEETS    CONTACT INFO    L

**January 13, 2003 - New Wilson and Cousins Ads**



