# EXHIBIT 10

# FIRE VALVES & ACCESSORIES

## CONNECTIONS

 
V8480     8480

| Description | Part Number | List Price (Each) |
|---|---|---|
| 4" Check Valve - FNPT x MNPT | 8480 | $182.46 |
| 4" Check Valve - Groove x Groove | V8480 | $182.46 |

## SUPERVISORY SWITCHES



The 1010206 monitors the open position of an OS&Y type gate valve. Mounts to valves ranging in size from 2" - 12". Contains 2 sets of SPDT (Form C Contacts).

The 1010207 monitors the open position of fire sprinkler control valves of the post indicator, butterfly and other types.

| Description | Part Number | Case Qty. | List Price (Each) |
|---|---|---|---|
| Outside Screw & Yoke Valve Supervisory Switch | 1010206 | 1 | $133.33 |
| Control Valve Supervisory Switch | 1010207 | 1 | $124.45 |

## ANGLE HOSE VALVES - CAST BRASS - 300 LB.



Call Christy's™ for additional sizes, configurations and optional finishes.

 
FM APPROVED

## CONNECTIONS

 
6405     6507



| Description |
|---|
| 4" x 2-1/2" x 2-1/2" Single ( way Inlet |
| 4" x 2-1/2" x 2-1/2" 90° Sin( |
| 2-1/2" Plastic Breakable C( |
| 2-1/2" Aluminum Breakable |

## BREAKABLE PADL(



Cad
tle s

| Description |
|---|
| 5/8" |
| 3/4" For PIVS |

3-WAY GAUGE TES

## FIRE VALVES & ACCESSORIES

### BRASS FIRE HOSE NOZZLE



1-1/2" Brass Fire Hose Nozzle is approved for Class A fires by Factory Mutual Laboratories. Hydrostatic tested to 1,000 PSI. Recessed washer will not fall out. NPT thread.


FM APPROVED

NEW!

| Description | Part Number | Case Qty. | List Price (Each) |
|---|---|---|---|
| 1-1/2" | 8511007 | 1 | $55.56 |

### RED LEXAN FI



| Description |
|---|
| 1-1/2" |

### BRASS FIRE HYDRANT GATE VALVE



2-1/2" Brass Fire Hydrant Gate Valve with speed handle. 2-1/2" NST swivel inlet x 2-1/2" NST male outlet.


NEW!



| Description | Part Number | Case Qty. | List Price (Each) |
|---|---|---|---|
| 2-1/2" | 8521032 | 1 | $188.88 |

### WAFER CHECK




UL   FM APPROVED

| Description |
|---|
| 4" |
| 6" |
| 8" |