# EXHIBIT 1






Canadian Intellectual Property Office / Office de la propriété intellectuelle du Canada

Canada

| | | | | |
|---|---|---|---|---|
| Français | Contact Us | Help | Search | Canada Site |
| Strategis | Site Map | What's New | About Us | Registration |

strategis.gc.ca
CIPO OPIC

Canadian Intellectual Property Office

- CIPO Home
- Patents Database
- Decisions of the Commissioner of Patents
- Trade-marks Main Page
- TRADE-MARKS DATABASE
- Help
- Tutorial
- Disclaimer
- Copyrights Database
- Industrial Designs Database

➡ Search Page

## CANADIAN TRADE-MARK DATA

*** Note Data on trade-marks is shown in the official language in which it was submitted.

The database was last updated on: 2008-01-01

| **APPLICATION NUMBER:** | **REGISTRATION NUMBER:** |
|---|---|
| 1242625 | TMA663167 |
| **STATUS:** | REGISTERED |
| **FILED:** | 2004-12-29 |
| **FORMALIZED:** | 2005-01-18 |
| **ADVERTISED:** | 2005-11-09 |
| **REGISTERED:** | 2006-04-24 |

**REGISTRANT:**
PALAMAR INDUSTRIES INC.
4390 PALETTA COURT
BURLINGTON
L7L 5R2
ONTARIO

**REPRESENTATIVE FOR SERVICE:**
CHRISTOPHER C. BREEN
3400 FAIRVIEW STREET
BURLINGTON
ONTARIO L7N 3G5

**CURRENT OWNER:**
Wilson and Cousins Division of Palamar Industries Inc.
4390 Paletta Court
Burlington
L7L 5R2
ONTARIO

**REPRESENTATIVE FOR SERVICE:**
MILLER THOMSON LLP
SCOTIA PLAZA
40 KING STREET WEST
SUITE 5800, P.O. BOX 1011
TORONTO
ONTARIO M5H 3S1

**TRADE-MARK:**

# WILSON & COUSINS INTERIOR FIRE PROTECTION

**DISCLAIMER TEXT:**

The right to the exclusive use of the words INTERIOR FIRE PROTECTION is disclaimed apart from the trade-mark.

**INDEX HEADINGS:**
WILSON & COUSINS INTERIOR FIRE PROTECTION
CHARACTER-AMPERSAND

**WARES:**
(1) Interior fire protection products for industrial commercial and institutional markets throughout North America, namely: brass and bronze valves, nozzles, hose couplings, fittings, hoses, and hose racks and reels and metal cabinets, fire extinguishers, all used for interior fire protection purposes.

**CLAIMS:**
Declaration of Use filed April 04, 2006.

**ASSOCIATED MARKS:**
TMA656,474 1,326,636 1,326,638

| ACTION | DATE | BF | COMMENTS |
| --- | --- | --- | --- |
| Filed | 29 December 2004 | | |
| Created | 05 January 2005 | | |
| Formalized | 18 January 2005 | | |
| Search Recorded | 27 April 2005 | | |
| Examiner's First Report | 27 April 2005 | 27 August 2005 | |
| Correspondence Created | 25 May 2005 | 25 September 2005 | |
| Correspondence Created | 16 August 2005 | 16 December 2005 | |
| Correspondence Created | 18 August 2005 | 18 December 2005 | |
| Correspondence Created | 12 September 2005 | 12 January 2006 | |
| Approved | 07 October 2005 | | |
| Translation Requested | 11 October 2005 | 02 November 2005 | 20051027083155 |
| Translation Received | 27 October 2005 | | |
| Extracted for Advertisement | 27 October 2005 | | Vol.52 Issue 2663 2005/11/09 |
| Advertised | 09 November 2005 | | Vol.52 Issue 2663 |
| Allowed | 27 January 2006 | | |
| Allowance Notice Sent | 27 January 2006 | 29 December 2007 | |
| Correspondence Created | 03 March 2006 | 29 December 2007 | |
| Registered | 24 April 2006 | | |
| Rep for Service Changed | 09 July 2007 | | From: 9123 To: 9073 / Voir Preuve au dossier/See evidence on File No. 1242624 |

Change in Title   09 July 2007          Assignment / Voir Preuve au
Registered                              dossier/See evidence on File
                                        No. 1242624

**FOOTNOTES:**

***CHANGE IN TITLE/CHANGEMENT EN TITRE:***
TYPE OF CHANGE/GENRE DE CHANGEMENT: Assignment/Cession
DATE REGISTERED/DATE DE L'ENREGISTREMENT: 09 juil/Jul 2007
DATE OF CHANGE/DATE DE CHANGEMENT: 13 juin/Jun 2007
COMMENTS/COMMENTAIRES: FROM: PALAMAR INDUSTRIES INC.
TO: Wilson and Cousins Division of Palamar Industries Inc.
Voir Preuve au dossier/See evidence on File No. 1242624



Last updated: 2008-01-01                              Important Notices



| | Canadian Intellectual Property Office | Office de la propriété intellectuelle du Canada | | Canada |
|---|---|---|---|---|
| | Français | Contact Us | Help | Search | Canada Site |
| | Strategis | Site Map | What's New | About Us | Registration |

**Canadian Intellectual Property Office**

- CIPO Home
- Patents Database
- Decisions of the Commissioner of Patents
- Trade-marks Main Page
- TRADE-MARKS DATABASE
- Help
- Tutorial
- Disclaimer
- Copyrights Database
- Industrial Designs Database

⇒ Search Page

## CANADIAN TRADE-MARK DATA

*** Note Data on trade-marks is shown in the official language in which it was submitted.

The database was last updated on: 2008-01-01

| **APPLICATION NUMBER:** | **REGISTRATION NUMBER:** |
|---|---|
| 1242624 | TMA656474 |
| **STATUS:** | REGISTERED |
| **FILED:** | 2004-12-29 |
| **FORMALIZED:** | 2005-01-18 |
| **ADVERTISED:** | 2005-09-07 |
| **REGISTERED:** | 2006-01-12 |

**REGISTRANT:**
PALAMAR INDUSTRIES INC.
4390 PALETTA COURT
BURLINGTON
L7L 5R2
ONTARIO

 **REPRESENTATIVE FOR SERVICE:**
 CHRISTOPHER C. BREEN
 3400 FAIRVIEW STREET
 BURLINGTON
 ONTARIO L7N 3G5

**CURRENT OWNER:**
Wilson and Cousins Division of Palamar Industries Inc.
4390 Paletta Court
Burlington
L7L 5R2
ONTARIO

 **REPRESENTATIVE FOR SERVICE:**
 MILLER THOMSON LLP
 SCOTIA PLAZA
 40 KING STREET WEST
 SUITE 5800, P.O. BOX 1011
 TORONTO
 ONTARIO M5H 3S1

**TRADE-MARK:**



**MARK DESCRIPTIVE REFERENCE:**
WILSON & COUSINS & DESIGN

**INDEX HEADINGS:**
WILSON & COUSINS
WC
I

**VIENNA INFORMATION:**

Code   Description
9.7.1  Headwear
9.7.5  Caps and berets
27.5.1 Letters presenting a special form of writing

**SERVICES:**
(1) The manufacture and distribution of interior fire protection products for industrial commercial and institutional markets throughout North America, including the design, installation and ongoing maintenance and upgrades to such products.

**CLAIMS:**
Declaration of Use filed December 12, 2005.

**ASSOCIATED MARKS:**
TMA663,167 1,326,636 1,326,637 1,326,638

| ACTION | DATE | BF | COMMENTS |
|---|---|---|---|
| Filed | 29 December 2004 | | |
| Created | 05 January 2005 | | |
| Formalized | 18 January 2005 | | |
| Search Recorded | 18 May 2005 | | |
| Examiner's First Report | 18 May 2005 | 18 September 2005 | |
| Approved | 04 August 2005 | | |
| Translation Requested | 09 August 2005 | 31 August 2005 | 20050825084359 |
| Translation Received | 25 August 2005 | | |
| Extracted for Advertisement | 25 August 2005 | | Vol.52 Issue 2654 2005/09/07 |
| Advertised | 07 September 2005 | | Vol.52 Issue 2654 |
| Allowed | 25 November 2005 | | |
| Allowance Notice Sent | 25 November 2005 | 29 December 2007 | |
| Registered | 12 January 2006 | | |
| Rep for Service Changed | 09 July 2007 | | From: 9123 To: 9073 / Voir Preuve au dossier/See evidence on File No. 1242624 |
| Change in Title | 09 July 2007 | | Assignment / Voir Preuve au dossier/See evidence on File |

Registered                                    No. 1242624

**FOOTNOTES:**

***CHANGE IN TITLE/CHANGEMENT EN TITRE:***
TYPE OF CHANGE/GENRE DE CHANGEMENT: Assignment/Cession
DATE REGISTERED/DATE DE L'ENREGISTREMENT: 09 juil/Jul 2007
DATE OF CHANGE/DATE DE CHANGEMENT: 13 juin/Jun 2007
COMMENTS/COMMENTAIRES: FROM: PALAMAR INDUSTRIES INC.
TO: Wilson and Cousins Division of Palamar Industries Inc.
Voir Preuve au dossier/See evidence on File No. 1242624



Last updated: 2008-01-01                                    Important Notices


United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Jan 3 04:04:17 EST 2008*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

# WILSON & COUSINS

| | |
|---|---|
| Word Mark | WILSON & COUSINS |
| Goods and Services | IC 006. US 002 012 013 014 023 025 050. G & S: Metal fire hose couplings and fittings, namely adapters, plugs, caps. FIRST USE: 19890324. FIRST USE IN COMMERCE: 19980903<br><br>IC 009. US 021 023 026 036 038. G & S: Fire protection equipment, namely, fire hose nozzles, thermally activated manually resettable fire safety valves, fire hose racks and rack nipples for mounting hose, fire hose reels and fire department connections, fire hose cabinets, fire extinguisher cabinets, fire hose wrenches, fire extinguisher cabinet wrenches, fire hydrant wrenches, fire blankets. FIRST USE: 19890324. FIRST USE IN COMMERCE: 19980903<br><br>IC 017. US 001 005 012 013 035 050. G & S: Non-metal fire hose couplings and fittings, namely, adapters, plugs, caps. FIRST USE: 19890324. FIRST USE IN COMMERCE: 19980903 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 77090440 |
| Filing Date | January 24, 2007 |
| Current Filing Basis | 1A;44D |
| Original Filing Basis | 1A;44D |
| Owner | (APPLICANT) Wilson and Cousins Division of Palamar Industries Inc. CORPORATION CANADA 4390 Paletta Court Burlington CANADA L7L5R2 |
| Attorney of Record | Anthony de Fazekas |

| | |
|---|---|
| **Priority Date** | November 23, 2006 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | "The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual." |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu Jan 3 04:04:17 EST 2008

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| Word Mark | WC WILSON & COUSINS |
| Goods and Services | IC 009. US 021 023 026 036 038. G & S: Fire protection equipment, namely, fire hose nozzles, thermally activated manually resettable fire safety valves, fire hose racks and rack nipples for mounting hose, fire hose reels and fire department connections, fire hose cabinets, fire extinguisher cabinets, fire hose wrenches, fire extinguisher cabinet wrenches, fire hydrant wrenches, fire blankets. FIRST USE: 19890324. FIRST USE IN COMMERCE: 19980903<br><br>IC 006. US 002 012 013 014 023 025 050. G & S: Metal fire hose couplings and fittings namely, adapters, plugs, caps. FIRST USE: 19890324. FIRST USE IN COMMERCE: 19980903<br><br>IC 017. US 001 005 012 013 035 050. G & S: Non-metal fire hose couplings and fittings namely, adapters, plugs, caps. FIRST USE: 19890324. FIRST USE IN COMMERCE: 19980903 |
| Mark Drawing Code | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| Design Search Code | 09.05.25 - Batting helmets; Caps, nurses; Caps, swimming; Dunce caps; Football helmets; Helmets, athletic; Helmets, construction; Helmets, military; Helmets, protective; Safety helmets |
| Serial Number | 77090459 |
| Filing Date | January 24, 2007 |
| Current Filing Basis | 1A;44D |
| Original Filing Basis | 1A;44D |
| Owner | (APPLICANT) Wilson and Cousins Division of Palamar Industries Inc. CORPORATION CANADA 4390 Paletta Court Burlington CANADA L7L5R2 |

| | |
|---|---|
| Attorney of Record | Anthony de Fazekas |
| Priority Date | November 23, 2006 |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Jan 3 04:04:17 EST 2008*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | WC |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Fire protection equipment, namely, fire hose nozzles, thermally activated manually resettable fire safety valves, fire hose racks and rack nipples for mounting hose, fire hose reels and fire department connections, fire hose cabinets, fire extinguisher cabinets, fire hose wrenches, fire extinguisher cabinet wrenches, fire hydrant wrenches, fire blankets. FIRST USE: 19890324. FIRST USE IN COMMERCE: 19980903<br><br>IC 006. US 002 012 013 014 023 025 050. G & S: Metal fire hose couplings and fittings, namely, adapters, plugs, caps. FIRST USE: 19890324. FIRST USE IN COMMERCE: 19980903<br><br>IC 017. US 001 005 012 013 035 050. G & S: Non-metal fire house couplings and fittings, namely, adapters, plugs, caps. FIRST USE: 19890324. FIRST USE IN COMMERCE: 19980903 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 09.05.25 - Batting helmets; Caps, nurses; Caps, swimming; Dunce caps; Football helmets; Helmets, athletic; Helmets, construction; Helmets, military; Helmets, protective; Safety helmets |
| **Serial Number** | 77090474 |
| **Filing Date** | January 24, 2007 |
| **Current Filing Basis** | 1A;44D |
| **Original Filing Basis** | 1A;44D |
| **Owner** | (APPLICANT) Wilson and Cousins Division of Palamar Industries Inc. CORPORATION CANADA 4390 Paletta Court Burlington CANADA L7L5R2 |
| **Attorney of** | |

| | |
|---|---|
| Record | Anthony de Fazekas |
| Priority Date | November 23, 2006 |
| Description of Mark | The mark consists of A helmet with stylized letters W and C.. |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY




strategis.gc.ca

CIPO OPIC

Canadian Intellectual Property Office / Office de la propriété intellectuelle du Canada

Canada

| Français | Contact Us | Help | Search | Canada Site |
| Strategis | Site Map | What's New | About Us | Registration |



Canadian Intellectual Property Office

- CIPO Home
- Patents Database
- Decisions of the Commissioner of Patents
- Trade-marks Main Page
- **TRADE-MARKS DATABASE**
- Help
- Tutorial
- Disclaimer
- Copyrights Database
- Industrial Designs Database

⇨ Search Page

## CANADIAN TRADE-MARK DATA

*** Note Data on trade-marks is shown in the official language in which it was submitted.

The database was last updated on: 2008-01-01

| **APPLICATION NUMBER:** | **REGISTRATION NUMBER:** |
| 1326636 | not registered |
| **STATUS:** | ADVERTISED |
| **FILED:** | 2006-11-23 |
| **FORMALIZED:** | 2007-01-11 |
| **ADVERTISED:** | 2007-11-28 |

**APPLICANT:**

Wilson and Cousins Division of Palamar Industries Inc.
4390 Paletta Court
Burlington
L7L 5R2
ONTARIO

    AGENT:

    MILLER THOMSON LLP
    SCOTIA PLAZA
    40 KING STREET WEST
    SUITE 5800, P.O. BOX 1011
    TORONTO
    ONTARIO M5H 3S1

    REPRESENTATIVE FOR SERVICE:

    MILLER THOMSON LLP
    SCOTIA PLAZA
    40 KING STREET WEST
    SUITE 5800, P.O. BOX 1011
    TORONTO
    ONTARIO M5H 3S1

**TRADE-MARK:**



**MARK DESCRIPTIVE REFERENCE:**
**WILSON & COUSINS & DESIGN**
**INDEX HEADINGS:**
WILSON & COUSINS
WC

**VIENNA INFORMATION:**

Code  Description

9.7.1  Headwear

9.7.5  Caps and berets

27.5.1  Letters presenting a special form of writing

27.5.9  Series of letters presenting different forms of writing

**WARES:**

(1) Fire protection equipment, namely: fire hose couplings and fittings, namely adapters, rack nipples, plugs, caps, fire department connections, nozzles, valves; fire hoses; fire hose racks, fire hose reels; fire hose cabinets, fire extinguisher cabinets; fire hose wrenches, fire extinguisher cabinet wrenches, fire hydrant wrenches; fire blankets.

**SERVICES:**

(1) Design, supply, distribution, repair, maintenance and modification of fire protection equipment.

**CLAIMS:**

Used in CANADA since as early as March 24, 1989.

**ASSOCIATED MARKS:**

TMA656,474 TMA663,167 1,326,637 1,326,638

| ACTION | DATE | BF | COMMENTS |
|---|---|---|---|
| Filed | 23 November 2006 | | |
| Created | 04 December 2006 | | |
| Formalized | 11 January 2007 | | |
| Search Recorded | 30 April 2007 | | |
| Examiner's First Report | 30 April 2007 | 30 August 2007 | |
| Approved | 01 November 2007 | | |
| Translation Requested | 06 November 2007 | 28 November 2007 | |
| Translation Received | 15 November 2007 | | |
| Extracted for Advertisement | 15 November 2007 | | Vol.54 Issue 2770 2007/11/28 |
| Advertised | 28 November 2007 | | Vol.54 Issue 2770 |



Last updated: 2008-01-01                                    Important Notices





| | Canadian Intellectual Property Office | Office de la propriété intellectuelle du Canada | | Canada |
|---|---|---|---|---|
| Français | Contact Us | Help | Search | Canada Site |
| Strategis | Site Map | What's New | About Us | Registration |

**Canadian Intellectual Property Office**

- CIPO Home
- Patents Database
- Decisions of the Commissioner of Patents
- Trade-marks Main Page
- TRADE-MARKS DATABASE
- Help
- Tutorial
- Disclaimer
- Copyrights Database
- Industrial Designs Database

⇨ Search Page

## CANADIAN TRADE-MARK DATA

\*\*\* Note Data on trade-marks is shown in the official language in which it was submitted.

The database was last updated on: 2008-01-01

**APPLICATION NUMBER:**         **REGISTRATION NUMBER:**
1326637                          not registered

**STATUS:**                      ADVERTISED
**FILED:**                       2006-11-23
**FORMALIZED:**                  2007-01-11
**ADVERTISED:**                  2007-11-28

**APPLICANT:**

Wilson and Cousins Division of Palamar Industries Inc.
4390 Paletta Court
Burlington
L7L 5R2
ONTARIO

    **AGENT:**

    MILLER THOMSON LLP
    SCOTIA PLAZA
    40 KING STREET WEST
    SUITE 5800, P.O. BOX 1011
    TORONTO
    ONTARIO M5H 3S1

    **REPRESENTATIVE FOR SERVICE:**

    MILLER THOMSON LLP
    SCOTIA PLAZA
    40 KING STREET WEST
    SUITE 5800, P.O. BOX 1011
    TORONTO
    ONTARIO M5H 3S1

**TRADE-MARK:**



**MARK DESCRIPTIVE REFERENCE:**
**WC & DESIGN**
**INDEX HEADINGS:**

WC

**VIENNA INFORMATION:**

| Code | Description |
|---|---|
| 9.7.1 | Headwear |
| 9.7.5 | Caps and berets |
| 27.5.1 | Letters presenting a special form of writing |
| 27.5.17 | Letters in heavy characters |

**WARES:**

(1) Fire protection equipment, namely: fire hose couplings and fittings, namely adapters, rack nipples, plugs, caps, fire department connections, nozzles, valves; fire hoses; fire hose racks, fire hose reels; fire hose cabinets; fire extinguisher cabinets; fire hose wrenches, fire extinguisher cabinet wrenches, fire hydrant wrenches; fire blankets.

**SERVICES:**

(1) Design, supply, distribution, repair, maintenance and modification of fire protection equipment.

**CLAIMS:**

Used in CANADA since as early as March 24, 1989.

**ASSOCIATED MARKS:**

TMA656,474 1,326,636

| ACTION | DATE | BF | COMMENTS |
|---|---|---|---|
| Filed | 23 November 2006 | | |
| Created | 04 December 2006 | | |
| Formalized | 11 January 2007 | | |
| Search Recorded | 30 April 2007 | | |
| Examiner's First Report | 30 April 2007 | 30 August 2007 | |
| Approved | 01 November 2007 | | |
| Translation Requested | 06 November 2007 | 28 November 2007 | |
| Translation Received | 15 November 2007 | | |
| Extracted for Advertisement | 15 November 2007 | | Vol.54 Issue 2770 2007/11/28 |
| Advertised | 28 November 2007 | | Vol.54 Issue 2770 |



Last updated: 2008-01-01                                    Important Notices




| | | | | |
|---|---|---|---|---|
| Français | Contact Us | Help | Search | Canada Site |
| Strategis | Site Map | What's New | About Us | Registration |

**CIPO Home**
**Patents Database**
**Decisions of the Commissioner of Patents**
**Trade-marks Main Page**
**TRADE-MARKS DATABASE**
**Help**
**Tutorial**
**Disclaimer**
**Copyrights Database**
**Industrial Designs Database**

⇨ Search Page

### CANADIAN TRADE-MARK DATA
*** Note Data on trade-marks is shown in the official language in which it was submitted.

The database was last updated on: 2008-01-01

| APPLICATION NUMBER: | REGISTRATION NUMBER: |
|---|---|
| 1326638 | not registered |
| STATUS: | ADVERTISED |
| FILED: | 2006-11-23 |
| FORMALIZED: | 2007-01-15 |
| ADVERTISED: | 2007-11-28 |

**APPLICANT:**

Wilson and Cousins Division of Palamar Industries Inc.
4390 Paletta Court
Burlington
L7L 5R2
ONTARIO

AGENT:
MILLER THOMSON LLP
SCOTIA PLAZA
40 KING STREET WEST
SUITE 5800, P.O. BOX 1011
TORONTO
ONTARIO M5H 3S1

REPRESENTATIVE FOR SERVICE:

MILLER THOMSON LLP
SCOTIA PLAZA
40 KING STREET WEST
SUITE 5800, P.O. BOX 1011
TORONTO
ONTARIO M5H 3S1

**TRADE-MARK:**

# WILSON & COUSINS

**INDEX HEADINGS:**
WILSON & COUSINS

**WARES:**

(1) Fire protection equipment, namely: fire hose couplings and fittings, namely adapters, rack nipples, plugs, caps, fire department connections, nozzles, valves; fire hoses; fire hose racks, fire hose reels; fire hose cabinets, fire extinguisher cabinets; fire hose wrenches, fire extinguisher cabinet wrenches, fire hydrant wrenches; fire blankets.

**SERVICES:**
(1) Design, supply, distribution, repair, maintenance and modification of fire protection equipment.

**CLAIMS:**
Used in CANADA since as early as March 24, 1989.

**ASSOCIATED MARKS:**
TMA656,474 TMA663,167 1,326,636

| ACTION | DATE | BF | COMMENTS |
|---|---|---|---|
| Filed | 23 November 2006 | | |
| Created | 04 December 2006 | | |
| Formalized | 15 January 2007 | | |
| Search Recorded | 30 April 2007 | | |
| Examiner's First Report | 30 April 2007 | 30 August 2007 | |
| Approved | 01 November 2007 | | |
| Translation Requested | 06 November 2007 | 28 November 2007 | |
| Translation Received | 15 November 2007 | | |
| Extracted for Advertisement | 15 November 2007 | | Vol.54 Issue 2770 2007/11/28 |
| Advertised | 28 November 2007 | | Vol.54 Issue 2770 |



Last updated: 2008-01-01

Important Notices