# EXHIBIT 2

# WILSON & COUSINS
# HELMET MARK:

