EXHIBIT 3

WilsonAndCousinsAd  9/5/02  9:47 AM  Page 1



# PRODUCTS THAT PERFORM UNDER
# PRESSURE

AUTO SPRINKLER/STANDPIPE

FIRE DEPT. CONN.

BALL VALVE          BALL VALVE

## QUALITY NORTH AMERICAN MANUFACTURER SINCE 1881

With over 120 years of experience in
Fire Protection, we have the knowledge
to service all of your needs.

All Wilson & Cousins products where
required, are listed and approved by
U.L.C., U.L. and F.M.  Our ongoing
commitment to quality in design and
manufacturing ensures the finest
quality products available.

## WILSON & COUSINS
QUALITY PRODUCTS SINCE 1881

Call us Toll Free
**1-800-270-6792**

Or visit us online @
**www.wilsonandcousins.com**

WilsonCousinsAd_2c  5/29/02  3:36 PM  Page 1





# The Rack Pack

Quality Products combined with Quality People and Service makes Wilson and Cousins your first choose in Fire Protection Products.

All Wilson and Cousins product where required are listed and approved by U.L.C. , UL, and FM. Our on going commitment to quality in design and manufacturing ensures the finest quality products available.

*Starring*

**1E100 Red Rack**  **11/2" x 100' Wilco 500 Rack Hose**  **Brass Coupling**  **1E25-B 11/2" Standard Angle Valve**  **Rack Nipple**  *and*  **HNL206T Brass Nozzle**

The Rack Pack comes assembled with UL ULC/FM approved swinging hose rack, UL ULC/FM rack hose and approved nozzle. Other variations available.

# WILSON & COUSINS

*Call us Toll Free* **1-800-270-8792**
*Visit Us Online* **www.wilsonandcousins.com**








| HOME | WHAT'S NEW | COMPANY INFO | PRODUCT CATALOG | SPEC SHEETS | CONTACT INFO |

**January 13, 2003 - New Wilson and Cousins Ads**





HOME | WHAT'S NEW | COMPANY INFO | PRODUCT CATALOGUE | CONTACT INFO

**ALL INFORMATION © 2002 WILSON & COUSINS INC.**
4390 PALETTA COURT, BURLINGTON, ONTARIO, CANADA L7L 5R2

TEL : (905) 631 5815 | TOLL FREE : 1 800 270 6792 | FAX : (905) 637 8655