# EXHIBIT 6

## Wilson & Cousins Check Valve

