# EXHIBIT 8

## Check Valve Shipped by Christy

