DANIEL S. MASON (No. 54046)
CHRISTOPHER T. MICHELETTI (No. 136446)
ERIC W. BUETZOW (No. 253803)
ZELLE, HOFMANN, VOELBEL MASON & GETTE, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:  (415) 693-0700
Facsimile:  (415) 693-0770
E-mail: dmason@zelle.com
E-mail: cmicheletti@zelle.com
E-mail: ebuetzow@zelle.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| WILSON & COUSINS DIVISION OF PALAMAR INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> T. CHRISTY ENTERPRISES, INC., <br><br> Defendant. | Case No. CV 08 0098 <br><br> CERTIFICATE OF COUNSEL RE NOTICE OF APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION <br><br> Date: As Soon As Court May Hear Matter <br> Time: As Soon As Court May Hear Matter |

I, Christopher T. Micheletti, am an Attorney for Wilson & Cousins Division of Palamar Industries, Inc. ("Wilson & Cousins"), the plaintiff in this action. I make this certification to the Court pursuant to Rule 65(b)(2) of the Federal Rules of Civil Procedure:

1. I am an attorney at law duly licensed to practice in the State of California and a member of the bar of this Court.

2. For the reasons stated in the Application for Temporary Restraining Order and Order to Show Cause Re Injunction, and the Declaration of Jeffery Saunders submitted in support of that application, immediate irreparable injury would occur to Plaintiff Wilson &

1  Cousins if it were required to give a full 35 days notice of its request for a restraining order, as
2  required by Local Rule 7-2 of this district.
3     3.   Despite the fact that time is of the essence, I have taken reasonable steps to
4  give the defendant actual notice of this application. I am not aware that any attorney
5  represents Defendant T. Christy Enterprises at this stage of the proceedings. Therefore, on
6  Monday, January 7, 2008, at approximately 10:30 a.m., I sent multiple email messages to
7  Jonathan Christy, the person known to be agent for service of process of Defendant T. Christy
8  Enterprises, and Tom Christy, the founder and apparent principal of the company, at the
9  address info@tchristy.com. In these emails, I informed them that I would appear in this Court
10 and request a hearing today as soon as the court may hear the matter to seek this temporary
11 restraining order and order to show cause why a preliminary injunction should not issue, and I
12 advised them to secure counsel on this matter. I also attached to these emails all of the papers
13 to be filed in this action, causing a copy of the application papers to be electronically
14 delivered to them. True and correct copies of these emails (without attachments) are attached
15 hereto as Exhibit 1.

   Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the
   United States that the foregoing facts are true and correct to the best of my knowledge and
   belief.

   Executed this 7th day of January, 2008, at San Francisco, California.

   _____
   Christopher T. Micheletti