# EXHIBIT 1

# Christopher T. Micheletti

**From:** Christopher T. Micheletti
**Sent:** Monday, January 07, 2008 10:35 AM
**To:** 'info@tchristy.com'
**Cc:** Eric Buetzow; Daniel S. Mason
**Subject:** Wilson & Cousins Division of Palamar Industries, Inc. v. T. Christy Enterprises, Inc.

To: Jonathan Christy, Tom Christy, T. Christy Enterprises, Inc.

Dear Messrs. Christy and Christy:

I am counsel for Wilson & Cousins Division of Palamar Industries, Inc. ("Wilson & Cousins"). I am writing to inform you that today, Wilson & Cousins is commencing a trademark, trade dress and unfair competition action against T. Christy Enterprises, Inc. in U.S. District Court for the Northern District of California. Please be advised that in connection with this proceeding, I will be seeking a hearing today on an application for a temporary restraining order and order to show cause why a preliminary injunction should not issue. I will request a hearing on the temporary restraining order as soon as the court may hear the matter. You should secure counsel on this matter. If and when you do, please advise me so that we may communicate with counsel.

Attached hereto are the following documents we intend to file today:

- Complaint (without exhibits - which will be emailed separately);
- Summons; and
- Civil cover sheet

Additional emails will follow with other documents pertaining to the complaint and application for the temporary restraining order.

Very truly yours,

Christopher T. Micheletti

Zelle, Hofmann, Voelbel Mason & Gette LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770

1/7/2008

## Christopher T. Micheletti

**From:** Christopher T. Micheletti
**Sent:** Monday, January 07, 2008 10:35 AM
**To:** 'info@tchristy.com'
**Cc:** Eric Buetzow; Daniel S. Mason
**Subject:** Wilson & Cousins Division of Palamar Industries Inc. v. T. Christy Enterprises, Inc.

To: Jonathan Christy, Tom Christy, T. Christy Enterprises, Inc.

Dear Messrs. Christy and Christy:

I am counsel for Wilson & Cousins Division of Palamar Industries, Inc. ("Wilson & Cousins"). I am writing to inform you that today, Wilson & Cousins is commencing a trademark, trade dress and unfair competition action against T. Christy Enterprises, Inc. in U.S. District Court for the Northern District of California. Please be advised that in connection with this proceeding, I will be seeking a hearing today on an application for a temporary restraining order and order to show cause whay a preliminary injunction should not issue. I will request a hearing on the temporary restraining order as soon as the court may hear the matter. You should secure counsel on this matter. If and when you do, please advise me so that we may communicate with counsel.

Attached hereto are the following documents we intend to file today:

- Application for a temporary restraining order and order to show cause re a preliminary injunction; and
- Memorandum in support of application for a temporary restraining order and order to show cause re a preliminary injunction

Additional emails will follow with other documents pertaining to the complaint and application for the temporary restraining order.

Very truly yours,

Christopher T. Micheletti

Zelle, Hofmann, Voelbel Mason & Gette LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770

1/7/2008

**Christopher T. Micheletti**

From: Christopher T. Micheletti
Sent: Monday, January 07, 2008 10:35 AM
To: 'info@tchristy.com'
Cc: Eric Buetzow; Daniel S. Mason
Subject: Wilson & Cousins Division of Palamar Industries, Inc. v. T. Christy Enterprises, Inc.

To: Jonathan Christy, Tom Christy, T. Christy Enterprises, Inc.

Dear Messrs. Christy and Christy:

I am counsel for Wilson & Cousins Division of Palamar Industries, Inc. ("Wilson & Cousins"). I am writing to inform you that today, Wilson & Cousins is commencing a trademark, trade dress and unfair competition action against T. Christy Enterprises, Inc. in U.S. District Court for the Northern District of California. Please be advised that in connection with this proceeding, I will be seeking a hearing today on an application for a temporary restraining order and order to show cause whay a preliminary injunction should not issue. I will request a hearing on the temporary restraining order as soon as the court may hear the matter. You should secure counsel on this matter. If and when you do, please advise me so that we may communicate with counsel.

Attached hereto are the following documents we intend to file today:

- Declaration of Jeffrey Saunders in support of the application for a temporary restraining order and order to show cause re preliminary injunction (without exhibits which will be emailed separately)
- Proposed order on application for temporary restraining order and order to show cause re preliminary injunction

Additional emails will follow with other documents pertaining to the complaint and application for the temporary restraining order.

Very truly yours,

Christopher T. Micheletti

Zelle, Hofmann, Voelbel Mason & Gette LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770

1/7/2008

## Christopher T. Micheletti

**From:** Christopher T. Micheletti
**Sent:** Monday, January 07, 2008 10:36 AM
**To:** 'info@tchristy.com'
**Cc:** Eric Buetzow; Daniel S. Mason
**Subject:** Wilson & Cousins Division of Palamar Industries, Inc. v. T. Christy Enterprises, Inc.

To: Jonathan Christy, Tom Christy, T. Christy Enterprises, Inc.

Dear Messrs. Christy and Christy:

I am counsel for Wilson & Cousins Division of Palamar Industries, Inc. ("Wilson & Cousins"). I am writing to inform you that today, Wilson & Cousins is commencing a trademark, trade dress and unfair competition action against T. Christy Enterprises, Inc. in U.S. District Court for the Northern District of California. Please be advised that in connection with this proceeding, I will be seeking a hearing today on an application for a temporary restraining order and order to show cause whay a preliminary injunction should not issue. I will request a hearing on the temporary restraining order as soon as the court may hear the matter. You should secure counsel on this matter. If and when you do, please advise me so that we may communicate with counsel.

Attached hereto are the following documents we intend to file today:

- Exhibit 1 to the complaint and to Saunders declaration
- Exhibit 2 to the complaint and to Saunders declaration

Additional emails will follow with other documents pertaining to the complaint and application for the temporary restraining order.

Very truly yours,

Christopher T. Micheletti

Zelle, Hofmann, Voelbel Mason & Gette LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770

1/7/2008

**Christopher T. Micheletti**

| | |
|---|---|
| **From:** | Christopher T. Micheletti |
| **Sent:** | Monday, January 07, 2008 10:36 AM |
| **To:** | 'info@tchristy.com' |
| **Cc:** | Eric Buetzow; Daniel S. Mason |
| **Subject:** | Wilson & Cousins Division of Palamar Industries, Inc. v. T. Christy Enterprises, Inc. |

To: Jonathan Christy, Tom Christy, T. Christy Enterprises, Inc.

Dear Messrs. Christy and Christy:

I am counsel for Wilson & Cousins Division of Palamar Industries, Inc. ("Wilson & Cousins"). I am writing to inform you that today, Wilson & Cousins is commencing a trademark, trade dress and unfair competition action against T. Christy Enterprises, Inc. in U.S. District Court for the Northern District of California. Please be advised that in connection with this proceeding, I will be seeking a hearing today on an application for a temporary restraining order and order to show cause whay a preliminary injunction should not issue. I will request a hearing on the temporary restraining order as soon as the court may hear the matter. You should secure counsel on this matter. If and when you do, please advise me so that we may communicate with counsel.

Attached hereto are the following documents we intend to file today:

- Exhibit 3 to the complaint and to Saunders declaration
- Exhibit 4 to the complaint and to Saunders declaration

Additional emails will follow with other documents pertaining to the complaint and application for the temporary restraining order.

Very truly yours,

Christopher T. Micheletti

Zelle, Hofmann, Voelbel Mason & Gette LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770

1/7/2008

# Christopher T. Micheletti

**From:** Christopher T. Micheletti
**Sent:** Monday, January 07, 2008 10:36 AM
**To:** 'info@tchristy.com'
**Cc:** Eric Buetzow; Daniel S. Mason
**Subject:** Wilson & Cousins Division of Palamar Industries, Inc. v. T. Christy Enterprises, Inc.

To: Jonathan Christy, Tom Christy, T. Christy Enterprises, Inc.

Dear Messrs. Christy and Christy:

I am counsel for Wilson & Cousins Division of Palamar Industries, Inc. ("Wilson & Cousins"). I am writing to inform you that today, Wilson & Cousins is commencing a trademark, trade dress and unfair competition action against T. Christy Enterprises, Inc. in U.S. District Court for the Northern District of California. Please be advised that in connection with this proceeding, I will be seeking a hearing today on an application for a temporary restraining order and order to show cause whay a preliminary injunction should not issue. I will request a hearing on the temporary restraining order as soon as the court may hear the matter. You should secure counsel on this matter. If and when you do, please advise me so that we may communicate with counsel.

Attached hereto are the following documents we intend to file today:

- Exhibit 5 to the complaint and to Saunders declaration
- Exhibit 6 to the complaint and to Saunders declaration

Additional emails will follow with other documents pertaining to the complaint and application for the temporary restraining order.

Very truly yours,

Christopher T. Micheletti

Zelle, Hofmann, Voelbel Mason & Gette LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770

1/7/2008

## Christopher T. Micheletti

**From:** Christopher T. Micheletti
**Sent:** Monday, January 07, 2008 10:36 AM
**To:** 'info@tchristy.com'
**Cc:** Eric Buetzow; Daniel S. Mason
**Subject:** Wilson & Cousins Division of Palamar Industries, Inc. v. T. Christy Enterprises, Inc.

To: Jonathan Christy, Tom Christy, T. Christy Enterprises, Inc.

Dear Messrs. Christy and Christy:

I am counsel for Wilson & Cousins Division of Palamar Industries, Inc. ("Wilson & Cousins"). I am writing to inform you that today, Wilson & Cousins is commencing a trademark, trade dress and unfair competition action against T. Christy Enterprises, Inc. in U.S. District Court for the Northern District of California. Please be advised that in connection with this proceeding, I will be seeking a hearing today on an application for a temporary restraining order and order to show cause whay a preliminary injunction should not issue. I will request a hearing on the temporary restraining order as soon as the court may hear the matter. You should secure counsel on this matter. If and when you do, please advise me so that we may communicate with counsel.

Attached hereto are the following documents we intend to file today:

- Exhibit 7 to the complaint and to Saunders declaration
- Exhibit 8 to the complaint and to Saunders declaration

Additional emails will follow with other documents pertaining to the complaint and application for the temporary restraining order.

Very truly yours,

Christopher T. Micheletti

Zelle, Hofmann, Voelbel Mason & Gette LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770

1/7/2008

# Christopher T. Micheletti

**From:** Christopher T. Micheletti
**Sent:** Monday, January 07, 2008 10:36 AM
**To:** 'info@tchristy.com'
**Cc:** Eric Buetzow; Daniel S. Mason
**Subject:** Wilson & Cousins Division of Palamar Industries, Inc. v. T. Christy Enterprises, Inc.

To: Jonathan Christy, Tom Christy, T. Christy Enterprises, Inc.

Dear Messrs. Christy and Christy:

I am counsel for Wilson & Cousins Division of Palamar Industries, Inc. ("Wilson & Cousins"). I am writing to inform you that today, Wilson & Cousins is commencing a trademark, trade dress and unfair competition action against T. Christy Enterprises, Inc. in U.S. District Court for the Northern District of California. Please be advised that in connection with this proceeding, I will be seeking a hearing today on an application for a temporary restraining order and order to show cause whay a preliminary injunction should not issue. I will request a hearing on the temporary restraining order as soon as the court may hear the matter. You should secure counsel on this matter. If and when you do, please advise me so that we may communicate with counsel.

Attached hereto are the following documents we intend to file today:

- Exhibit 9 (part 1 of 3) to the complaint and to Saunders declaration

Additional emails will follow with other documents pertaining to the complaint and application for the temporary restraining order.

Very truly yours,

Christopher T. Micheletti

Zelle, Hofmann, Voelbel Mason & Gette LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770

1/7/2008

# Christopher T. Micheletti

**From:** Christopher T. Micheletti
**Sent:** Monday, January 07, 2008 10:36 AM
**To:** 'info@tchristy.com'
**Cc:** Eric Buetzow; Daniel S. Mason
**Subject:** Wilson & Cousins Division of Palamar Industries, Inc. v. T. Christy Enterprises, Inc.

To: Jonathan Christy, Tom Christy, T. Christy Enterprises, Inc.

Dear Messrs. Christy and Christy:

I am counsel for Wilson & Cousins Division of Palamar Industries, Inc. ("Wilson & Cousins"). I am writing to inform you that today, Wilson & Cousins is commencing a trademark, trade dress and unfair competition action against T. Christy Enterprises, Inc. in U.S. District Court for the Northern District of California. Please be advised that in connection with this proceeding, I will be seeking a hearing today on an application for a temporary restraining order and order to show cause whay a preliminary injunction should not issue. I will request a hearing on the temporary restraining order as soon as the court may hear the matter. You should secure counsel on this matter. If and when you do, please advise me so that we may communicate with counsel.

Attached hereto are the following documents we intend to file today:

- Exhibit 9 (part 2 of 3) to the complaint and to Saunders declaration

Additional emails will follow with other documents pertaining to the complaint and application for the temporary restraining order.

Very truly yours,

Christopher T. Micheletti

Zelle, Hofmann, Voelbel Mason & Gette LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770

1/7/2008

**Christopher T. Micheletti**

**From:** Christopher T. Micheletti
**Sent:** Monday, January 07, 2008 10:36 AM
**To:** 'info@tchristy.com'
**Cc:** Eric Buetzow; Daniel S. Mason
**Subject:** Wilson & Cousins Division of Palamar Industries, Inc. v. T. Christy Enterprises, Inc.

To: Jonathan Christy, Tom Christy, T. Christy Enterprises, Inc.

Dear Messrs. Christy and Christy:

I am counsel for Wilson & Cousins Division of Palamar Industries, Inc. ("Wilson & Cousins"). I am writing to inform you that today, Wilson & Cousins is commencing a trademark, trade dress and unfair competition action against T. Christy Enterprises, Inc. in U.S. District Court for the Northern District of California. Please be advised that in connection with this proceeding, I will be seeking a hearing today on an application for a temporary restraining order and order to show cause whay a preliminary injunction should not issue. I will request a hearing on the temporary restraining order as soon as the court may hear the matter. You should secure counsel on this matter. If and when you do, please advise me so that we may communicate with counsel.

Attached hereto are the following documents we intend to file today:

- Exhibit 9 (part 3 of 3) to the complaint and to Saunders declaration

Additional emails will follow with other documents pertaining to the complaint and application for the temporary restraining order.

Very truly yours,

Christopher T. Micheletti

Zelle, Hofmann, Voelbel Mason & Gette LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770

1/7/2008

## Christopher T. Micheletti

**From:** Christopher T. Micheletti
**Sent:** Monday, January 07, 2008 10:36 AM
**To:** 'info@tchristy.com'
**Cc:** Eric Buetzow; Daniel S. Mason
**Subject:** Wilson & Cousins Division of Palamar Industries, Inc. v. T. Christy Enterprises, Inc.

To: Jonathan Christy, Tom Christy, T. Christy Enterprises, Inc.

Dear Messrs. Christy and Christy:

I am counsel for Wilson & Cousins Division of Palamar Industries, Inc. ("Wilson & Cousins"). I am writing to inform you that today, Wilson & Cousins is commencing a trademark, trade dress and unfair competition action against T. Christy Enterprises, Inc. in U.S. District Court for the Northern District of California. Please be advised that in connection with this proceeding, I will be seeking a hearing today on an application for a temporary restraining order and order to show cause whay a preliminary injunction should not issue. I will request a hearing on the temporary restraining order as soon as the court may hear the matter. You should secure counsel on this matter. If and when you do, please advise me so that we may communicate with counsel.

Attached hereto are the following documents we intend to file today:

- Exhibit 10 to the complaint and to Saunders declaration


Very truly yours,

Christopher T. Micheletti

Zelle, Hofmann, Voelbel Mason & Gette LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770

1/7/2008