1  DANIEL S. MASON (No. 54046)
   CHRISTOPHER T. MICHELETTI (No. 136446)
2  ERIC W. BUETZOW (No. 253803)
   ZELLE, HOFMANN, VOELBEL MASON & GETTE, LLP
3  44 Montgomery Street, Suite 3400
   San Francisco, CA 94104
4  Telephone:  (415) 693-0700
   Facsimile:   (415) 693-0770
5  E-mail:  dmason@zelle.com
   E-mail:  cmicheletti@zelle.com
6  E-mail:  ebuetzow@zelle.com

7

8  Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12 WILSON & COUSINS DIVISION OF            )
   PALAMAR INDUSTRIES, INC.,               )
13                                         )   Case No. CV 08 0098 PJH
                                           )
14        Plaintiff,                       )
                                           )
15                                         )   **NOTICE OF PROOF OF SERVICE**
                                           )   **OF SUMMONS AND COMPLAINT**
16        v.                               )
                                           )
17 T. CHRISTY ENTERPRISES, INC.,           )
                                           )
18        Defendant.                       )
                                           )
19 _____ )

20

21

22

23

24

25

26

27

28

---

PROOF OF SERVICE OF SUMMONS AND COMPLAINT

Attached is a copy of the Proof of Service of Summons and Complaint for Defendant T. Christy Enterprises, Inc. Pursuant to the Court's January 7, 2008 Order, service was effected by the close of business on January 7, 2008.

Dated:  January 8, 2008

By: */s/ Christopher T. Micheletti*

DANIEL S. MASON (No. 54046)
CHRISTOPHER T. MICHELETTI (No. 136446)
ERIC W. BUETZOW (No. 253803)
ZELLE, HOFMANN, VOELBEL MASON
  & GETTE, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:  (415) 693-0700
Facsimile:   (415) 693-0770

Attorney for Plaintiff