DANIEL S. MASON (No. 54046)
CHRISTOPHER T. MICHELETTI (No. 136446)
ERIC W. BUETZOW (No. 253803)
ZELLE, HOFMANN, VOELBEL MASON & GETTE, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:  (415) 693-0700
Facsimile:   (415) 693-0770
E-mail:  dmason@zelle.com
E-mail:  cmicheletti@zelle.com
E-mail:  ebuetzow@zelle.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILSON & COUSINS DIVISION OF PALAMAR INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>T. CHRISTY ENTERPRISES, INC.,<br><br>Defendant. | Case No. CV 08 0098 PJH<br><br>**NOTICE OF PROOF OF SERVICE OF PLAINTIFF WILSON & COUSINS' APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE OF PRELIMINARY INJUNCTION AND RELATED DOCUMENTS** |

NOTICE OF PROOF OF SERVICE

-1-

1    Attached is a copy of the Proof of Service of the documents listed below. Pursuant to the Court's January 7, 2008 Order, service was effected by the close of business on January 7, 2008.

1) Plaintiff Wilson & Cousin's Application for Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction;

2) Memorandum of Points and Authorities in Support of Plaintiff's Application for Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction;

3) Declaration of Jeffrey Saunders in Support of Application for Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction;

4) Certificate of Counsel Re Notice of Application for Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction;

5) Proposed Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction; and

6) Order Setting Hearing on Temporary Restraining Order.

Dated: January 8, 2008

By: /s/ Christopher T. Micheletti

DANIEL S. MASON (No. 54046)
CHRISTOPHER T. MICHELETTI (No. 136446)
ERIC W. BUETZOW (No. 253803)
ZELLE, HOFMANN, VOELBEL MASON
 & GETTE, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770

Attorneys for Plaintiff

-1-
NOTICE OF PROOF OF SERVICE