| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and Address) | | FOR COURT USE ONLY |
|---|---|---|
| CHRISTOPHER T. MICHELETTI (NO. 136446)<br>ZELLE, HOFMANN, VOELBEL, MASON<br>& GETTE, LLP<br>44 MONTGOMERY STREET, SUITE 3400<br>SAN FRANCISCO, CA 94104<br>Attorney(s) for: PLAINTIFF<br>Ref: 3009621b | (415) 693-0700 | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

WILSON & COUSINS DIVISION OF PALAMAR INDUSTRIES, INC.
vs. T. CHRISTY ENTERPRISES, INC.

| PROOF OF SERVICE | DATE: | TIME: | DEPT | CASE NUMBER:<br>C 08-0098 PJH |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the: ORDER SETTING HEARING ON TEMPORARY RESTRAINING ORDER; PLAINTIFF WILSON & COUSINS APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION; DECLARATION OF JEFFREY SAUNDERS IN SUPPORT OF APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION; [PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION; CERTIFICATE OF COUNSEL RE NOTICE OF APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

2. a. Party served: T. CHRISTY ENTERPRISES, INC.

   b. Witness served: PAULA MCELROY, RECEPTIONIST, AUTHORIZED TO ACCEPT SERVICE OF PROCESS ON BEHALF OF T. CHRISTY ENTERPRISES, INC.

   c. Address: 655 E. BALL ROAD
   ANAHEIM, CA 92805

3. I served the party named in item 2a. by personally delivering the copies to the person served as follows:

   (1) on: 01-07-08    (2) at: 4:45PM

4. I received this documents for service on (date): JANUARY 7, 2008

5. Person serving:
CARL ALDALHI
NATIONWIDE LEGAL, INC,
1255 POST STREET, SUITE #500
SAN FRANCISCO, CALIFORNIA 94109
(415) 351-0400

a. Fee for service $

d. Registered California process server
(1) Employee or independent contractor
(2) Registration No.: 5484
(3) County: LOS ANGELES

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Date: January 8, 2008

Rule 982(a)(23) Judicial Council of California

PROOF OF SERVICE