## ZELLE, HOFMANN, VOELBEL, MASON & GETTE
A LIMITED LIABILITY PARTNERSHIP

BOSTON
DALLAS
MINNEAPOLIS
SAN FRANCISCO
WASHINGTON, D.C.
BEIJING*
SHANGHAI*
*In association with ZY & Partners

44 MONTGOMERY STREET - SUITE 3400
SAN FRANCISCO, CALIFORNIA 94104
415-693-0700 TELEPHONE
415-693-0770 FACSIMILE
www.zelle.com

Christopher T. Micheletti
cmicheletti@zelle.com
(415) 633-1912

January 11, 2008

*Via ECF*

Honorable Phyllis J. Hamilton
U.S. District Court for the Northern
 District of California
450 Golden Gate Avenue
San Francisco, California 94102

    *Re: Wilson & Cousins Division of Palamar Industries, Inc. v. T. Christy Enterprises, Inc.*
       *CV-08-0098-PJH.*

Dear Judge Hamilton:

    I am counsel for Plaintiff Wilson & Cousins Division of Palamar Industries, Inc. ("W&C") in the above-referenced matter. In this matter, W&C has filed an application for a temporary restraining order, which is set for hearing on January 23, 2008 at 9:00 a.m. Since the commencement of this action and filing of the application, the parties have conferred and have agreed to enter a Stipulation And [Proposed] Order Re Plaintiff's Application For TRO And Order To Show Cause Re Preliminary Injunction ("Stipulation and [Proposed] Order"). The foregoing Stipulation and [Proposed] Order is being filed via ECF today. In order to facilitate the parties' efforts to reach a final settlement of this matter, we respectfully request that the Court enter the proposed order. Thank you for your attention to this matter.

                                          Respectfully submitted,

                                          Christopher T. Micheletti

cc:    John B. Sganga, Jr.
        Paul A. Stewart
        (both via email)

3171757v1