| | |
|---|---|
| 1 | John Sganga, Jr. (SBN 116,211) |
| | *John.Sganga@kmob.com* |
| 2 | Paul A. Stewart (SBN 153,467) |
| | *Paul.Stewart@kmob.com* |
| 3 | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| | 2040 Main Street, Fourteenth Floor |
| 4 | Irvine, CA 92614 |
| | Telephone: (949) 760-0404 |
| 5 | Facsimile: (949) 760-9502 |
| 6 | Attorneys for Defendant, |
| | T. CHRISTY ENTERPRISES, INC. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILSON & COUSINS DIVISION OF PALAMAR INDUSTRIES, INC., a California corporation, | ) Civil Action No. C 3:08-0098 PJH ) |
| | ) **NOTICE OF APPEARANCE OF** |
| | ) **COUNSEL FOR DEFENDANT T.** |
| Plaintiff, | ) **CHRISTY ENTERPRISES, INC.** |
| | ) |
| v. | ) |
| | ) |
| T. CHRISTY ENTERPRISES, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

1  PLEASE TAKE NOTICE that the undersigned counsel hereby enter their appearance
2  as counsel of record for defendant T. Christy Enterprises, Inc.  The undersigned counsel
3  certify that they are admitted to practice in this Court.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: January 16, 2008        By: s/Paul A. Stewart
                                   John B. Sganga, Jr.
                                   Paul A. Stewart
                                   Attorneys for Defendant,
                                   T. CHRISTY ENTERPRISES, INC

TCEIL.011L