1  DANIEL S. MASON (No. 54046)
   CHRISTOPHER T. MICHELETTI (No. 136446)
2  ERIC W. BUETZOW (No. 253803)
   ZELLE, HOFMANN, VOELBEL MASON & GETTE, LLP
3  44 Montgomery Street, Suite 3400
   San Francisco, CA 94104
4  Telephone:  (415) 693-0700
   Facsimile:   (415) 693-0770
5  E-mail:  dmason@zelle.com
   E-mail:  cmicheletti@zelle.com
6  E-mail:  ebuetzow@zelle.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| WILSON & COUSINS DIVISION OF PALAMAR INDUSTRIES, INC., | ) ) ) | Case No. CV 08 0098 PJH |
|---|---|---|
| Plaintiff, | ) ) | |
| | ) ) | **NOTICE OF SERVICE** |
| v. | ) ) | |
| T. CHRISTY ENTERPRISES, INC., | ) ) | |
| Defendant. | ) ) ) ) ) | |

---

NOTICE OF SERVICE

CERTIFICATE OF SERVICE

WILSON & COUSINS DIVISION OF PALAMAR INDUSTRIES INC.
v.
T. CHRISTY ENTERPRISES, INC.
Case No. C-08-0098 PJH

I, Rita Mehler, certify and declare under penalty of perjury that I: am a citizen of the United States; am over the age of 18 years; am employed by Zelle, Hofmann, Voelbel, Mason & Gette LLP, 44 Montgomery Street, Suite 3400, San Francisco, CA 94104, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to or interested in the cause entitled upon the document to which this Certificate of Service accompanies; and that on January 18, 2008, I served a true and correct copy of the document(s) listed below **via electronic mail** on the following:

JOHN B. SGANGA, JR. (SB # 116,211)         *Attorneys for Defendant*
PAUL A. STEWART (SB # 153,467)
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street Fourteenth Floor
Irvine, CA  92614
Email:  john.sganga@kmob.com
Email:  paul.stewart@kmob.com

1) **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**
2) **NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISEJURISDICTION**
3) **STANDING ORDER/CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**
4) **UNITED STATES DISTRICT COURT GUIDELINES**
5) **ECF REGISTRATION HANDOUT**
6) **ADR PROCEDURES**

A copy of this **Notice of Service** will be served in the manner listed below:

☒    **By USDC Live System-Document Filing System:**  on all interested parties registered for e-filing.

Dated:   January 18, 2008

                                        Signed */s/Rita Mehler*

#3169436

-1-
NOTICE OF PROOF OF SERVICE