John Sganga (SBN 116,211)
*John.Sganga@kmob.com*
Paul A. Stewart (SBN 153,467)
*Paul.Stewart@kmob.com*
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendant,
T. CHRISTY ENTERPRISES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILSON & COUSINS DIVISION OF PALAMAR INDUSTRIES, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>T. CHRISTY ENTERPRISES, INC.,<br><br>　　　　Defendant. | Civil Action No. C 3:08-0098 PJH<br><br>**DEFENDANT T. CHRISTY ENTERPRISES, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

1  Pursuant to Civil Local Rule 3-16, the undersigned counsel of record for Defendant T.
2  Christy Enterprises, Inc. certifies that the following listed persons, associations of persons,
3  firms, partnerships, corporations (including parent corporations) or other entities other than the
4  Defendant have either (i) a financial interest in the subject matter in controversy or in a party
5  to the proceeding, or (ii) a non-financial interest in that subject matter or in a party that could
6  be substantially affected by the outcome of this proceeding:
7  None.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: January 28, 2008            By: s/ Paul A. Stewart
                                       John B. Sganga
                                       Paul A. Stewart
                                       Attorneys for Defendant,
                                       T. CHRISTY ENTERPRISES, INC

CERTIFICATION OF INTERESTED
ENTITIES                           - 1 -                    Case No. C 3:08-0098 PJH

# CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2008, I caused the foregoing document titled: **DEFENDANT T. CHRISTY ENTERPRISES, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following person(s):

**Christopher T. Michelletti**
*cmichelett@zelle.com*

**Daniel S. Mason**
*Dmason@zelle.com*

**Eric W. Buetzow**
*Ebuetzow@zell.com*

I certify and declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the forgoing is true and correct.

Executed on January 28, 2008 at Irvine, California.

*Jennifer Strasser*
Jennifer A. Strasser

TCEIL.011L
4798941_1
012408

CERTIFICATION OF INTERESTED ENTITIES — - 2 -    Case No. C 3:08-0098 PJH