DANIEL S. MASON (No. 54046)
CHRISTOPHER T. MICHELETTI (No. 136446)
ERIC W. BUETZOW (No. 253803)
ZELLE, HOFMANN, VOELBEL MASON & GETTE, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:  (415) 693-0700
Facsimile:   (415) 693-0770
E-mail:  dmason@zelle.com
E-mail:  cmicheletti@zelle.com
E-mail:  ebuetzow@zelle.com
*Attorneys for Plaintiff*

JOHN B. SGANGA, JR. (State Bar No. 116,211)
Email:  john.sganga@kmob.com
PAUL A. STEWART (State Bar No. 153,467)
Email:  paul.stewart@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Tel: (949) 760-0404/Fax: (949) 760-9502
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILSON & COUSINS DIVISION OF PALAMAR INDUSTRIES, INC., <br><br>Plaintiff,<br><br>V.<br><br>T. CHRISTY ENTERPRISES, INC.,<br><br>Defendant. | Case No. CV-08-0098-PJH <br><br>**STIPULATION AND [PROPOSED] ORDER RE PRELIMINARY INJUNCTION** |

On January 7, 2008, Plaintiff Wilson & Cousins Division of Palamar Industries, Inc. ("W&C") commenced this action alleging trademark infringement and other claims against defendant. W&C contemporaneously filed therewith an application for a temporary restraining order ("TRO") and order to show cause why a preliminary injunction should not issue. On January 7, 2008, the Court entered an order setting a briefing schedule and a hearing on the TRO for January 23, 2008 at 9:00 a.m. On January 14, 2008, pursuant to

the parties' stipulation, the Court entered its Order Re Plaintiff's Application For TRO and Order To Show Cause Re Preliminary Injunction which, among other things, temporarily restrained Defendant T. Christy Enterprises, Inc. from certain conduct as set forth therein and which set a hearing for March 12, 2008 at 9:00 a.m. on an order to show cause why a preliminary injunction should not issue against Christy.  The parties have conferred and agreed to enter this stipulation and proposed order.

      W&C and Defendant T. Christy Enterprises, Inc. hereby stipulate and agree that T. Christy Enterprises, Inc., its officers, agents, servants, employees, and attorneys, and all persons in active concert and privity with them, who receive actual notice of this order ("T. Christy"), are hereby preliminarily enjoined, pending a trial on the merits of this action, as follows:

      1.    T. Christy shall not sell or distribute any check valve or hose nozzle products that feature the UL or ULC Listing Mark Control Number 27GH, any other UL or ULC Listing Mark Control Number assigned by UL or ULC to W&C, the W&C model numbers IE144T, IE144G and HNL-206T, or any check valve trade dress that is confusingly similar to W&C's check valve trade dress[1], unless those products are manufactured or authorized by W&C; and

      2.    T. Christy shall not display or depict any W&C product, the W&C model numbers IE144T, IE144G and HNL-206T, the W&C trademark known as the W&C Helmet Mark, a copy of which is reproduced below, the W&C check valve trade dress, or any confusingly similar trademark or trade dress, in its catalog, on its website, or in any

---

[1] The W&C check valve trade dress is defined for purposes of this order as the combination of the following elements:  "UL" and "ULC" marks, placed side by side toward the top of the valve; followed underneath by the upper-case characters "LISTED", the product control number "27GH," and the term "CHECK VALVE"; towards the bottom of the valve, a Factory Mutual approval mark, namely, a diamond symbol encasing the letters "FM", and an uppercase letter "S" placed directly to its right; rotating the valve 180 degrees, the display of a directional water flow arrow with the number "4" placed immediately to the right of the arrow; and directly underneath those symbols, the characters "300 LB," the characters "IE144T" or "IE144G"; and the year of manufacture (e.g., "06").

1  advertising or promotional materials in order to sell or distribute products not manufactured
2  or authorized by W&C, except in lawful comparative advertising.



To provide the parties with an opportunity to reach a final settlement of this matter, W&C and T. Christy further stipulate, subject to the approval of the Court, that:

3.  The March 12, 2008 hearing on an order to show cause why a preliminary injunction should not issue is vacated.

4.  This stipulation shall be without prejudice to the parties' respective positions on the merits of this action.  Further, this stipulation shall not be construed in this or in any other judicial, administrative, or arbitrational proceeding as an admission or acknowledgement by T. Christy that W&C has trade dress rights in the combination of elements listed in footnote 1 above or any individual element listed in footnote 1 above.

5.  The parties shall continue their settlement discussions in an effort to reach a final settlement of this action.  In the event that the parties do not reach a final settlement in this matter by March 1, 2008, the parties hereby stipulate that they will promptly thereafter participate in a non-binding, court-supervised settlement conference or mediation.  The participants in the settlement conference or mediation shall include a representative from each party with full authority to settle this case.

6.  The parties shall not serve any discovery requests, or seek leave to serve any discovery requests, until the parties complete the first session of the settlement conference or mediation, after which either party may commence discovery, subject to any restrictions imposed by the Federal Rules of Civil Procedure or the Local Rules of this Court.

STIPULATION AND [PROPOSED] ORDER RE PRELIMINARY INJUNCTION

7. The Temporary Restraining Order entered on January 14, 2008 is superseded in its entirety by this stipulation and order.

Dated:  February 12, 2008                    Respectfully submitted,


By  /s/   Christopher T. Micheletti


DANIEL S. MASON (No. 54046)
CHRISTOPHER T. MICHELETTI (No. 136446)
ERIC W. BUETZOW (No. 253803)
ZELLE, HOFMANN, VOELBEL,
  MASON &  GETTE LLP

Attorneys for Plaintiff Wilson & Cousins
Division of Palamar Industries, Inc.


Dated:  February 12, 2008          By  /s/   Paul A. Stewart

John B. Sganga, Jr.
Paul A. Stewart
KNOBBE, MARTENS, OLSON & BEAR, LLP

Attorneys for Defendant T. Christy Enterprises, Inc.


PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: _____


_____

HON. PHYLLIS J. HAMILTON

UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

**WILSON & COUSINS DIVISION OF PALAMAR INDUSTRIES INC.**
v.
**T. CHRISTY ENTERPRISES, INC.**
**Case No. C-08-0098 PJH**

I, Rita Mehler, certify and declare under penalty of perjury that I: am a citizen of the United States; am over the age of 18 years; am employed by Zelle, Hofmann, Voelbel, Mason & Gette LLP, 44 Montgomery Street, Suite 3400, San Francisco, CA 94104, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to or interested in the cause entitled upon the document to which this Certificate of Service accompanies; and that on February 12, 2008, I served a true and correct copy of the document(s) listed below:

**STIPULATION AND [PROPOSED] ORDER RE PRELIMINARY INJUNCTION**

☒ **By USDC Live System-Document Filing System:** on all interested parties registered for e-filing.

Dated: February 12, 2008

Signed */s/Rita Mehler*