DANIEL S. MASON (No. 54046)
CHRISTOPHER T. MICHELETTI (No. 136446)
ERIC W. BUETZOW (No. 253803)
ZELLE, HOFMANN, VOELBEL MASON & GETTE, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
E-mail: dmason@zelle.com
E-mail: cmicheletti@zelle.com
E-mail: ebuetzow@zelle.com
*Attorneys for Plaintiff*

JOHN B. SGANGA, JR. (State Bar No. 116,211)
Email: john.sganga@kmob.com
PAUL A. STEWART (State Bar No. 153,467)
Email: paul.stewart@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Tel: (949) 760-0404/Fax: (949) 760-9502
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WILSON & COUSINS DIVISION OF PALAMAR INDUSTRIES, INC.,<br>Plaintiff,<br>v.<br>T. CHRISTY ENTERPRISES, INC.,<br>Defendant. | Case No. CV-08-0098-PJH<br>**STIPULATED DISMISSAL AND PERMANENT INJUNCTION** AND ORDER THEREON |

Plaintiff Wilson & Cousins Division of Palamar Industries, Inc. ("W&C") and Defendant T. Christy Enterprises, Inc. ("T. Christy"), have represented to the Court that they have executed a Settlement Agreement providing for the final resolution of all claims for relief pending between them and have agreed to the entry of this Stipulated Dismissal and Permanent Injunction. Accordingly, upon consent of W&C and T. Christy ("the Parties"), hereby ORDERED that:

1. This Court has jurisdiction over the Parties.

2. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1331, and venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391.

3. W&C is a corporation duly organized under the laws of Canada, having a principal place of business in Ontario, Canada.

4. T. Christy is a corporation duly organized under the laws of the State of California, having a principal place of business in Anaheim, California.

5. T. Christy, together with its officers, agents, servants, employees, and attorneys, and all persons in active concert and privity with them, who receive actual notice of this Stipulated Dismissal and Permanent Injunction, are hereby permanently enjoined from the following acts:

a. Selling and distributing any check valve or hose nozzle products that feature the W&C model numbers IE144T, IE144G and HNL-206T, the UL or ULC Listing Mark Control Number 27GH, or any other UL or ULC Listing Mark Control Number assigned by UL or ULC to W&C, unless those products are manufactured or authorized by W&C.

b. Selling and distributing any check valve that is not manufacutred or authorized by W&C that incorporates the following features in combination, or a colorable imitation of this combination of features: the "UL" and "ULC" marks, placed side by side toward the top of the valve; followed underneath by the upper-case characters "LISTED", the product control number "27GH," and the term "CHECK VALVE"; towards the bottom of the valve, a Factory Mutual approval mark, namely, a diamond symbol encasing the letters "FM"; and an uppercase letter "S" placed directly to its right; rotating the valve 180 degrees, the display of a directional water flow arrow with the number "4" placed immediately to the right of the arrow; and directly underneath those symbols, the characters "300 LB," the characters "IE144T" or "IE144G", and the year of manufacture (e.g., "06").

c. Displaying or depicting any W&C product, the W&C model numbers IE144T, IE144G and HNL-206T, or the W&C trademark known as the W&C Helmet Mark, in it catalog, on its website, or in any advertising or promotional material, except (1) as part of an effort to sell a W&C product, or (2) in lawful comparative advertising. The W&C Helmet Mark is shown below:



6. This Stipulated Dismissal and Permanent Injunction shall not be construed in any other judicial, adminstrative, or arbitrational proceeding as an admission or acknowledgement by T. Christy that W&C has trade dress rights in the combination of elements listed in Paragraph 5(b) above or any individual element listed in Paragraph 5(b).

7. The Preliminary Injunction Order entered on February 14, 2008, is hereby dissolved, and all pending claims in this action are dismissed with prejudice.

8. The Parties shall bear their own costs and attorneys' fees in this matter.

9. W&C and T. Christy waive all rights to appeal this Stipulated Dismissal and Permanent Injunction.

10. This Court retains jurisdiction to enforce this Stipulated Dismissal and Permanent Injunction.

Dated: March 12, 2008

Respectfully submitted,

By: [signature]

DANIEL S. MASON (No. 54046)
CHRISTOPHER T. MICHELETTI (No. 136446)
ERIC W. BUETZOW (No. 253803)
ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP

Attorneys for Plaintiff Wilson & Cousins Division of Palamar Industries,Inc.

Dated: March 12, 2008

By: [signature]

JOHN B. SGANGA, JR.
PAUL A. STEWART
KNOBBE, MARTENS, OLSON & BEAR, LLP

Attorneys for Defendant T. Christy Enterprises, Inc.

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

Dated: March 14, 2008

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Phyllis J. Hamilton
NORTHERN DISTRICT OF CALIFORNIA

HON
UNI RT JUDGE